# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINSTAR COMMUNICATIONS, INC., et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 01-01430<br>(Jointly Administered) |
| CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE OF WINSTAR COMMUNICATIONS, INC. AND WINSTAR WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | Adv. Pro. No. 01-01063 (JBR) |

## STIPULATION BY AND BETWEEN THE TRUSTEE AND LUCENT TECHNOLOGIES INC. CONCERNING LUCENT'S RECORD DESIGNATIONS

WHEREAS, Lucent Technologies Inc. ("Lucent") filed its Appellant's Designation of Items To Be Included In The Record On Appeal (the "Record Designation") on January 19, 2006; and

WHEREAS, Christine C. Shubert, chapter 7 Trustee of Winstar Communications, Inc. and Winstar Wireless, Inc. (the "Trustee"), objected to, among other things, Lucent's inclusion in the Record Designation of trial exhibits designated by the parties that were not admitted in evidence at trial; and

WHEREAS, Lucent responded by offering to agree to delete those trial exhibits that were neither offered to the Court (specifically encompassing those forming part of an offer of proof) nor admitted by the Court; and

WHEREAS, given each of the Parties' positions with regard to the trial exhibits, the Court ruled that the Parties are to agree on a list of trial exhibits to be included in the record on appeal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that Lucent's Record Designation is hereby amended, pursuant to the Court's order dated February 16, 2006, and restated as reflected on exhibit A, which is entitled "Appellant's Amended Designation of Items To Be Included In The Record On Appeal."

Dated: March _1_, 2006
       Wilmington, Delaware

Sheldon K. Rennie (DE Bar No. 3772)  #3821-fr
FOX ROTHSCHILD, LLP
Mellon Bank Center, Suite 1400
919 North Market Street
Wilmington, DE 19801-3046
(302) 622-4202

-and-

Stephen M. Rathkopf
David R. King
HERRICK, FEINSTEIN LLP
104 Carnegie Center
Princeton, NJ 08540
(609) 520-9095

*Attorneys for the Trustee*

Daniel J. DeFranceschi (DE Bar No. 2732)  (#3704)
Paul N. Heath (DE Bar No 3704)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

-and-

Craig Goldblatt
Michelle Bock
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2445 M. Street, N.W.
Washington, D.C. 20037
(202) 663-6000

-and-

HF 3188802v 1 #11689/0001 02/17/2006
USIDOCS 5531620v5

-3-

Philip D. Anker
James H. Millar
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

-and-

Paul C. Saunders
Daniel Slifkin
Michael A. Paskin
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendant*
*Lucent Technologies Inc.*