**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:  Winstar Communications, Inc., et al.
_____

| | | |
|---|---|---|
| Lucent Technologies Inc., | : | |
| | : | |
| Appellant, | : | |
| | : | Civil Action No.:  06-147 |
| v. | : | |
| | : | |
| Christine C. Shubert, Chapter 7 Trustee, | : | |
| | : | Bankruptcy Case No.:  01-1430 |
| Appellee. | : | |

**APPELLEE CHAPTER 7 TRUSTEE'S MOTION TO STRIKE ITEMS
FROM LUCENT TECHNOLOGIES INC.'S DESIGNATION OF RECORD
ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

Christine C. Shubert (the "Trustee"), Chapter 7 Trustee for the estates of Winstar Communications, Inc., and Winstar Wireless, Inc., Appellee in the above captioned matter, by and through her undersigned counsel, hereby moves for the entry of an order striking certain items listed on Appellant's ( Lucent ) Amended Designation of Items to Be Included in the Record on Appeal (the "Record Designation") (Docket No. 6) filed on March 1, 2006, and Lucent's Statement of Issues on Appeal (the "Issues Designation") (Docket No. 2), filed on January 19, 2006.  In support of the Motion, the Trustee has filed contemporaneously herewith a Memorandum of Law and a Declaration of David R. King, each dated March 8, 2006.  A proposed form of Order also accompanies the Motion.

                                                FOX ROTHSCHILD LLP

                                                By:   /s/ Sheldon K. Rennie (#3772)
                                                Sheldon K. Rennie, Esquire
                                                Delaware Bar No. 3772
                                                919 N. Market Street, Suite 1300
                                                Wilmington, DE 19801-3046
                                                Telephone (302) 654-7444/Facsimile (302) 656-8920
                                                srennie@foxrothschild.com

-and-

Stephen M. Rathkopf, Esquire
David R. King, Esquire
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Dated: March 9, 2006

WM1A 74988v1 03/09/06

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:  Winstar Communications, Inc., et al.
_____

| | | |
|---|---|---|
| Lucent Technologies Inc., | : | |
| | : | |
| Appellant, | : | |
| | : | Civil Action No.:  06-147 |
| v. | : | |
| | : | |
| Christine C. Shubert, Chapter 7 Trustee, | : | |
| | : | Bankruptcy Case No.:  01-1430 |
| Appellee. | : | |

**ORDER STRIKING ITEMS FROM LUCENT TECHNOLOGIES INC.'S
DESIGNATION OF RECORD ON APPEAL AND ISSUES FROM LUCENT
TECHNOLOGIES INC.'S STATEMENT OF ISSUES ON APPEAL**

This matter came before the Court on the motion of Christine C. Shubert (the "Trustee"), Chapter 7 Trustee for the estates of Winstar Communications, Inc., and Winstar Wireless, Inc. (the "Debtors"), for the entry of an order striking certain items listed on Lucent Technologies Inc. s ( Lucent ) Amended Designation of Items to Be Included in the Record on Appeal (the "Amended Record Designation") (Docket No. 6) (the "Record Designation") and Lucent's Statement of Issues on Appeal (Docket No. 2) (the "Issues Designation") (the  Motion ); and the Court having determined that adequate notice of the Motion has been given; and the Court having read and considered the Motion, objections to the Motion, if any, and arguments of any counsel appearing regarding the relief requested in the Motion at a hearing before the Court; and the Court having determined that the legal and factual bases set forth in the Motion and at any hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED as follows:

1. The Motion be and hereby is GRANTED.

WM1A 75077v1 03/09/06

2

2. Those items as identified on Exhibit A hereto and set forth on Lucent's Amended Record Designation be and hereby are stricken from the record on appeal.

3. Issues 13, 14, and 15 as set forth on Lucent's Issues Designation be and hereby are stricken from the Issues Designation.

Dated: March 9, 2006

_____
UNITED STATES DISTRICT JUDGE

## **EXHIBIT A**

| **Appellant's Tab** |
|---|
| 378-459 |
| 1752 to 2211 |

WM1A 75077v1 03/09/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Winstar Communications, Inc., et al.
_____

| | |
|---|---|
| Lucent Technologies Inc., | : |
| | : |
|          Appellant, | : |
| | :   Civil Action No.: 06-147 |
|          v. | : |
| | : |
| Christine C. Shubert, Chapter 7 Trustee, | : |
| | :   Bankruptcy Case No.: 01-1430 |
|          Appellee. | : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of March, 2006 one (1) copy of ***Appellee Chapter 7 Trustee's Motion to Strike Items From Lucent Technologies Inc.'s Designation of Record on Appeal and Statement of Issues on Appeal*** was served upon the individuals listed below in the manner specified:

*VIA HAND DELIVERY*
Daniel J. DeFranceschi, Esquire
Rebecca Booth, Esquire
Richards Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

*VIA FEDERAL EXPRESS*
Lillian Grossbard, Esquire
Cravath Swain & Moore
825 8th Avenue, Room# 3906W
New York, NY 10019

*VIA HAND DELIVERY*
Office of the United States Trustees Office
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-2313

*VIA FEDERAL EXPRESS*
Craig Goldblatt, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
2445 M. Street, NW
Washington, DC 20037

*U.S. MAIL*
Craig Goldblatt, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, NY 10022

                                       */s/ Sheldon K. Rennie (#3772)*
                                         Sheldon K. Rennie, Esquire

WM1A 73149v1 03/09/06