IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINSTAR COMMUNICATIONS, INC., et al.,<br><br>　　　　　　　　　　　　　Debtors.<br><br>CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE OF WINSTAR COMMUNICATIONS, INC. AND WINSTAR WIRELESS, INC.,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 06-147 (JJF)<br><br>Case Below:<br>Chapter 7<br><br>Case No. 01-1430<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 01-01063 (JBR) |

**JOINT STIPULATION REGARDING BRIEFING OF THE APPEAL**

Appellee/Plaintiff Christine C. Shubert, Chapter 7 Trustee ("the Trustee"), and Appellant/Defendant Lucent Technologies Inc. ("Lucent") (collectively, the "Parties") hereby stipulate and agree as follows:

1.　　This matter was commenced by Lucent's Notice of Appeal of the Bankruptcy Court's judgment of December 28, 2005. (See Docket No. 1). The appeal was docketed in this Court on March 6, 2006. The parties currently await appointment of a mediator.

2.　　In accordance with Fed. R. Bankr. P. 8009, the Parties have stipulated and agreed to a briefing schedule for the appeal, and request that the Court enter same as an Order, as follows:

  a. Lucent's principal brief shall be filed and served on or before May 1, 2006.

  b. The Trustee's principal brief shall be filed and served on or before June 15, 2006.

  c. Lucent's reply brief, if any, shall be filed and served on or before August 1, 2006.

 3. In accordance with Fed. R. Bankr. P. 8010, the Parties have stipulated and agreed to page limitations for briefing of the appeal, and request that the Court enter same as an Order, as follows:

  a. Lucent's principal brief shall not exceed 60 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material.

  b. The Trustee's principal brief shall not exceed 60 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material.

  c. Lucent's reply brief shall not exceed 30 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material.

Dated: March 22, 2006

| | |
|---|---|
| HERRICK, FEINSTEIN LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| By: _____ | By: _____ |
| Stephen M. Rathkopf | Craig T. Goldblatt |
| 2 Park Avenue | 2445 M. Street N.W. |
| New York, New York 10016 | Washington, D.C. 20037 |
| (212) 592-1400 | (202) 663-6000 |

| | |
|---|---|
| FOX, ROTHSCHILD LLP<br>Sheldon K. Rennie<br>919 North Market Street<br>Suite 1300<br>Wilmington, Delaware 19899<br>(302) 622-4202 | CRAVATH, SWAINE & MOORE LLP<br>Paul C. Saunders<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>(212) 474-1000<br><br>RICHARDS, LAYTON & FINGER, P.A.<br>Daniel DeFranceschi<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7700 |
| Attorneys for Appellee/Plaintiff Trustee | Attorneys for Appellant/Defendant Lucent |

**SO ORDERED.**

Dated: March ___, 2006

_____
Joseph J. Farnan
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINSTAR COMMUNICATIONS, INC., et al.,<br><br>　　　　　　　　　　　　　　Debtors.<br><br>CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE OF WINSTAR COMMUNICATIONS, INC. AND WINSTAR WIRELESS, INC.,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>　　　　　　　　　　　　　　Defendant. | Case No. 06-147 (JJF)<br><br>Case Below:<br>Chapter 7<br><br>Case No. 01-1430<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 01-01063 (JBR) |

**JOINT STIPULATION REGARDING BRIEFING OF THE APPEAL**

Appellee/Plaintiff Christine C. Shubert, Chapter 7 Trustee ("the Trustee"), and Appellant/Defendant Lucent Technologies Inc. ("Lucent") (collectively, the "Parties") hereby stipulate and agree as follows:

1.　　This matter was commenced by Lucent's Notice of Appeal of the Bankruptcy Court's judgment of December 28, 2005. (See Docket No. 1). The appeal was docketed in this Court on March 6, 2006. The parties currently await appointment of a mediator.

2.　　In accordance with Fed. R. Bankr. P. 8009, the Parties have stipulated and agreed to a briefing schedule for the appeal, and request that the Court enter same as an Order, as follows:

      a.    Lucent's principal brief shall be filed and served on or before May 1, 2006.

      b.    The Trustee's principal brief shall be filed and served on or before June 15, 2006.

      c.    Lucent's reply brief, if any, shall be filed and served on or before August 1, 2006.

    3.    In accordance with Fed. R. Bankr. P. 8010, the Parties have stipulated and agreed to page limitations for briefing of the appeal, and request that the Court enter same as an Order, as follows:

      a.    Lucent's principal brief shall not exceed 60 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material.

      b.    The Trustee's principal brief shall not exceed 60 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material.

      c.    Lucent's reply brief shall not exceed 30 pages, exclusive of pages containing the table of contents, tables of citations and any addendum containing statutes, rules, regulations, or similar material.

Dated: March ___, 2006

| FOX ROTHSCHILD LLP | RICHARDS LAYTON & FINGER |
|---|---|
| By: _____ | By: _____ |
| Sheldon K. Rennie, Esquire (#3772) | Paul Heath, Esquire (#3704) |
| 919 N. Market Street, Suite 1300 | One Rodney Square |
| P.O. Box 2323 | 920 North King Street |
| Wilmington, DE 19899-2323 | Wilmington, DE 19801 |
| (302) 622-4202 | (302) 651-7590 |

| | |
|---|---|
| HERRICK, FEINSTEIN LLP<br>Stephen M. Rathkopf<br>2 Park Avenue<br>New York, NY 10016<br>(212) 592-1400 | WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2445 M. Street N.W.<br>Washington, D.C. 20037<br>(202) 663-6000<br><br>CRAVATH, SWAINE & MOORE LLP<br>Paul C. Saunders<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000 |
| Attorneys for Appellee/Plaintiff Trustee | Attorneys for Appellant/Defendant Lucent |

**SO ORDERED.**

Dated: March ___, 2006

_____
Joseph J. Farnan
United States District Judge

3