ROA
TAB
1193

Mar 24 01 12:43a    Ritter                    (703) 518-4488              P 1

3/24/01

To. Tim Graham

From' J ittr.

r r  _  - 3



CONFIDENTIAL
3WC 0008032

Winstar Subcontract Documentation

Order of documents (Number corresponds to number in bottom right hand corner of document)

**Services for 1Q99**
1   Winstar Invoice 663039              $25,000 000

**Services for 2Q99**
2   Winstar PO WNE 2797
3   Winstar Invoice 663158             $33,873 091

**Services for 3Q99**
4   Winstar Invoice 663535             $36,536 473
5   Lucent Invoice ER911395            $38,000 000    (ref Winstar PO WNE 3548)
6   Winstar backup

**Services for 4Q99**
7   Lucent PO AS025971                 $38,500,000
8   Winstar Invoice to Lucent          $38,758,042    (ref Lucent PO AS025971)
9   Lucent Invoice ER002010            $38,758,042    (ref Winstar PO WNE 4579)
10  Backup to Winstar invoice

**Services for 1Q00**
11  Winstar PO WNE 5737
12  Lucent PO AS026074
13  Winstar invoice to Lucent          $55 485,175
14  Lucent invoice SU012489            $55,485 175    (ref Winstar PO WNE 5737)
15  Backup to Winstar invoice                         (ref Lucent PO AS026074)

**Services for 2Q00**
16  Winstar PO WVF1 1221
17  Lucent PO AS026145
18  Winstar invoice to Lucent          $67,400,000    (ref Lucent PO AS026145)
19  Lucent invoice SU019955            $67,388,372    (ref Winstar PO WVF1 1166)
20  Backup to Winstar invoice

**Services for 3Q00**
21  Winstar PO WFV1 2958
22  Lucent PO to Winstar
23  Winstar invoice to Lucent
24  Lucent invoice SU023859            $67,291,934    (ref Winstar PO WVF1 2958)
25  Winstar Backup

CONFIDENTIAL
3WC 0008033

Mar 24 01 12 43a     Ritter                    (703) 518-4488          P 3

1 Q '99

CONFIDENTIAL
3WC 0008034

Mar 24 01 12 43a     Ritter                    (703) 518-4488          P 4

MAR-23-2001   22 16                                                   P 12/12

## Statement and Invoice                                    12 June 1999

FOR BILLING INQUIRIES, PLEASE CALL      1-800-223-4767
FOR SERVICE INQUIRIES, PLEASE CALL      1-800-276-6486

**Lucent Technologies**

600 Mountain Avenue
Murray Hill, NJ 07974                    INVOICE NUMBER        863039
ATTN  Mr Chuck Naylor
                                         ACCOUNT NUMBER        A9327187
                                         FEDERAL TAX ID:

| SUMMARY OF CURRENT CHARGES | AMOUNT |
|---|---|
| Installation Charges | $0 00 |
| Access Charges | $0 00 |
| Equipment Charges | $0.00 |
| Federal Excise Tax | $0 00 |
| Sales Tax | $0.00 |
| Local Tax | $0.00 |
| Gross Receipt Sales Tax | $0.00 |
| **Total Current Charges** | **$0 00** |

| DATE | PAYMENTS AND ADJUSTMENTS | AMOUNT |
|---|---|---|

Re P O AS025655 and P O. AS025681  Charges for the services listed below for the period 1/1/99 through 3/31/99
Switch Site Planning & Construction, Hub Site Planning & Construction, B-Site Planning & Construction, Broadband Riser Engineering, Inside Wire Engineering, Network Integration (CO Hubs, B-Sites), Site Survey and Site Acquisition

Total Charges-Others          $25 000 000

Total Due (Payment Due on 6/30/99)       $25,000,000

Need more capacity?  With WinStar Wireless Fiber Service  additional links on existing circuits
can be available in less than one week.  Please call your Account Manager to place an order

To insure proper credit, please detach this portion and return with remittance

1 June, 1999

Invoice Number     863039
Account Number     A9327187

Please make checks payable to      WINSTAR WIRELESS, INC
                                   1577 SPRINGHILL RD
                                   ATTN. ACCOUNTS RECEIVABLE
                                   VIENNA          VA   22182

Amount Due     $25,000,000.00

TOTAL P 12

CONFIDENTIAL
3WC 0008035

2 Q '99

CONFIDENTIAL
3WC 0008036

Mar 24 01 12 44a    Ritter                                    (703) 518-4488        P.6

MAR-23-2001  22:15                      Purchase Order                      P 18/12

## Winstar Network Expansion, LLC
1577 Spring Hill Rd
Vienna VA 22182-2223
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WNE  0000002797 | 07/30/1999 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | ORI | | COMMON |
| Buyer  Carter,Bryan | | Currency Code | USD |

Vendor    LUCENT TECHNOLOGIES INC
PO BOX 100317
ATLANTA GA 30384-0317
United States

Fax:  404 573 4689

Ship To    7799 LEESBURG PIKE
FALLS CHURCH VA 22043
United States

Bill To.    1577 SPRINGHILL ROAD
VIENNA VA 22182
United States

Vendor ID.  0000005047    Reference  LUCENT / PROJECT SUPPORT          Tax Exempt?  N    Tax Exempt ID:

| Line-Sched | Vendor Part # | Description | Mfg ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|---|
| 1  1 | | NETWORK SERVICES REQUIRED IN SUPPORT OF THE WINSTAR PURCHASE ORDERS IDENTIFIED BELOW SERVICES ARE REQUIRED TO DELIVER THE NETWORK SERVICES ASSOCIATED WITH THE SCOPE OF WORK IDENTIFIED IN THE WINSTAR / LUCENT SUPPLY AGREEMENT | | 1 00 | LCSA | 34,000,000.000 | 34,000,000.00 | 07/30/1999 |

WINSTAR PO S
WLS-161
WNE 1279  —  ODT ID #7060681  TYT ALL
WNE-1217  —  #E1905BL  PAIR DB HANGING & PANEL RACKING OK OK
WNE-1752  —  # CHIOBEOL  ALL (WTTCASFUTO1)
WNE 1749      # CHIOBIOL  C/BC  DL WATLIS

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS OF THE WINSTAR/
LUCENT SUPPLY AGREEMENT DATED OCTOBER 21 1996

PLEASE NOTE: WINSTAR PO # MUST BE INDICATED ON ALL INVOICES SUBMITTED FOR PAYMENT  FAILURE TO
INDICATE PO# ON INVOICE MAY RESULT IN INVOICE BEING RETURNED UNPAID ALL
QUESTIONS REGARDING THIS PURCHASE ORDER SHOULD BE DIRECTED TO
BRAD SHELTON AT 703/258-6577  THANK YOU

ORIGINATOR:STEVE LIDD

Total PO Amount  | 34,000,000 00 |

All shipments, shipping papers, invoices and correspondence must
be identified with our purchase order number  Overshipments will
not be accepted unless authorized by Buyer prior to shipment.

CONFIDENTIAL
3WC 0008037



Mar 24 01 12·44a    Ritter                                    (703) 518-4488         P 89/12    P 7
      MAR-23-2001  22 15

                              **Statement and Invoice**                               03 Aug, 1999

                                          FOR BILLING INQUIRIES, PLEASE CALL    1-800-223-4787
                                          FOR SERVICE INQUIRIES. PLEASE CALL    1-800-375-6496
   _ucent Technologies

      Lucent AS025719
      P.O Box 105651                              INVOICE NUMBER       663158
      Atlanta, GA. 30348-5651
                                                  ACCOUNT NUMBER:      AS327187
                                                  FEDERAL TAX ID·


        SUMMARY OF CURRENT CHARGES                          AMOUNT

          Installation Charges
          Access Charges                                    $0 00
          Equipment Charges                                 $0.00
          Federal Excise Tax                                $0.00
          Sales Tax                                         $0 00
          Local Tax                                         $0 00
          Gross Receipt Sales Tax                           $0.00
                                                            $0 00

                            Total Current Charges           $0 00

        DATE      PAYMENTS AND ADJUSTMENTS

Re. P.O AS025719  Charges for the services listed below for the period 4/1/99 through 7/31/99
Switch Site Planning & Construction, Hub Site Planning & Construction, B-Site Planning & Construction, Broadband Riser Engineering,
       * Wire Engineering, Network Integration (CO, Hubs, B-Sites), Site Survey and Site Acquisition.
                                      Total – Direct Costs   $27,838 792
                                      Total – Indirect Costs  $6 034,299

                           Total Due (Payment Due in 30 days) $33 873 091


        Need more capacity?  With WinStar Wireless Fiber Service, additional links on existing circuits
        can be available in less than one week.  Please call your Account Manager to place an order


                                                  CONFIDENTIAL
                                                  3WC 0008038       

3 Q '99

CONFIDENTIAL
3WC 0008039

Mar 24 01 12 44a    Ritter                    (703) 518-4488        P 9

MAR-23-2001  22 14                                            P 05/12

## Statement and Invoice

18 Oct 1989

**Lucent Technologies**

FOR BILLING INQUIRIES, PLEASE CALL    1-800-222-4767
FOR SERVICE INQUIRIES, PLEASE CALL    1-800-275-6496

Lucent ASO25828
P O Box 105651
Atlanta, GA. 30348-5651

INVOICE NUMBER        663535

ACCOUNT NUMBER        A9327187
FEDERAL TAX ID:

---

| SUMMARY OF CURRENT CHARGES | AMOUNT |
|---|---|
| Installation Charges | $0 00 |
| Access Charges | $0 00 |
| Equipment Charges | $0.00 |
| Federal Excise Tax | $0.00 |
| Sales Tax | $0 00 |
| Local Tax | $0 00 |
| Gross Receipt Sales Tax | $0.00 |
| **Total Current Charges** | **$0 00** |

DATE    PAYMENTS AND ADJUSTMENTS

---

Re: P O  AS025828.  Charges for the services listed below for the period 7/1/99 through 9/30/99
Switch Site Planning & Construction, Hub Site Planning & Construction, B-Site Planning & Construction,
Broadband Riser Engineering, Inside Wire Engineering, Network Integration of Central Offices with Hubs
and B-Sites.

Total   Direct Costs      $26,588,400
Total  - Indirect Costs    $9,948,073

**Total Due (Payment Due in 30 days) $38,536,473**

Need more capacity?  With WinStar Wireless Fiber Service  additional links on existing circuits
can be available in less than one week.  Please call your Account Manager to place an order



CONFIDENTIAL
3WC 0008040



Mar 24 01 12:44a    Ritter
MAR-23-2001  19 20                          (703) 518-4498                P 10
                                                                          P 02/16

Lucent Technologies

**INVOICE**

SHIP TO: WINSTAR
7700 LEESBURG PIKE

FALLS CHURCH    VA 22043

LUCENT TECHNOLOGIES INC
P O BOX 100317
ATLANTA GA 30384-0017
ATTN ACCOUNTS RECEIVABLE

BILL TO: WINSTAR WIRELESS
2545 HORSE PEN ROAD
ATTENTION: JOHN LEONE-3RD FLOOR

HERNDON    VA 20171

INVOICE NUMBER    ER011365
INVOICE DATE      11/12/99
ACCOUNT NUMBER    100101636
PAGE NUMBER       1
PAYMENT DUE       12/12/99

NETWORK SERVICES

DIANE SHULTZ
NETWORK SERVICES REQUIRED IN SUPPORT OF THE WINSTAR
PURCHASE ORDER (WN00000001206) SERVICES ARE REQUIRED
TO DELIVER THE NETWORK SERVICES ASSOCIATED WITH THE
SCOPE OF WORK IDENTIFIED IN THE WINSTAR/LUCENT
SUPPLY AGREEMENT

****** LAST PAGE ******

$ 38 000 000 00

SUB TOTAL    $ 38 000 000 00

LESS ADVANCE PAYMENT

TRANSPORTATION    $          00

TAX    $          00

TOTAL DUE    $ 38 000 000 00

QUESTIONS ABOUT YOUR ACCOUNT?
CALL        DIANE SHULTZ
            (404) 573-5373

INVOICES ARE PAYABLE IN U.S CURRENCY
AND OVERDUE AMOUNT SHALL BEAR INTEREST
AT A REASONABLE RATE OR IS SUBJECT TO
LATE PAYMENT CHARGES PER AGREEMENT
REMARKS:
PAYMENTS SHOULD BE MAILED
TO ARRIVE BY THE DUE DATE

- - - - RETURN THIS PORTION WITH PAYMENT - - - -

REMIT TO
LUCENT TECHNOLOGIES INC
P O BOX 100317
ATLANTA GA 30384-0017
ATTN ACCOUNTS RECEIVABLE

WINSTAR WIRELESS
2545 HORSE PEN ROAD
ATTENTION JOHN LEONE-3RD FLOOR

HERNDON    VA 20171

$ 38 000 000 00

**DUPLICATE**

CONFIDENTIAL
3WC 0008041

⑤

WinStar Systems Group

Financial Service

Proprietary Financial System

Preferences

Logistics

Asset Management

Financial Administration
VDX Compliance
Commissions System
CDP Host
Billing System
Expense System
Data Management System
MidComm Billing Systems
Provisions Operations
B53 Tuning
Implementation
Implementation
Implementation
Office Automation
Special Projects
O53 Reporting
O55.077
LD & AIN
Enterprise Account Org
Systems Architecture
O55 Operations
O55 Deployment
O55 Development

WinStar Per Building
WDS Central Office
WAP Field Office

CONFIDENTIAL
3WC 0008042

6a

Mar 24 01 12 45a    Ritter
MAR-23-2001  22 15                                    (703) 518-4488            P 12
                                                                    P 07/12

CONFIDENTIAL
3WC 0008043



Mar 24 01 12 46a    Ritter

(703) 518-4488        P 1

3/24/01

To  Tim Graham

From:  J Fitt

Part  2    of  3

CONFIDENTIAL
3WC 0008044

4 Q  '99

CONFIDENTIAL
3WC 0008045

Mar 24 01 12 46a    Ritter
MAR-23-2001 22 13                          (703) 518-4488        P 3
SHIP TO                               DATE 01/20 00          P 01/12
  ↵ LUCENT TECHNOLOGIES
    AS02S971
    M M GOWDY
    900 NORTH POINT PKY                SEND PURCHASING CORRESPONDENCE TO:
    ALPHARETTA, GA  30202                LUCENT TECHNOLOGIES
                                         FURCHASING RM 93S540
  VENDOR:                                900 NORTH POINT PKWY
    WINSTAR COMMUNICATIONS              ALPHARETTA, GA  30202
    ATTN: STEVE LIDD
    7799 LEESBURG PIKE                 SEND INVOICES TO.
    TYSON'S CORNER VA  22043             LUCENT AS02S971
                                         P O. BOX 108651
  QUESTIONS REGARDING:                   ATLANTA, GA  30349-5651
    PURCHASING-JOHN QUINN (770) 750-25y3  1-868-290-3500 07:00-04 15 EST
    TRNSP:404-573-4516
  F O B  TERMS                         PAY TERMS   NET 20
                                       TAX EXEMPT-PURCHASED FOR RESALE
  F.O B  POINT:                        TAX CERT NO,175-79-36542-7
NO C.O,D. INCLUDE PACKING LIST. DO NOT DECLARE VALUE. ON RELEASE VALUE USE VALUE
RESULTING IN LOWEST CHARGE  COMBINE ALL SAME DAY SHIPMENTS, TO SAME CONSIGNEE, SAME
CARRIER, ON SAME B/L (NOT APPLICABLE ON JIT & RUSH). COMPLY WITH PACKING DESIGN.
ROUTING:

THIS IS A SERVICE ORDER  RETURN OF THE ENCLOSED ORDER ACKNOWLEDGEMENT FORM IS
REQUIRED PRIOR TO EXECUTION OF ANY WORK OR SERVICES   (09-01-99 TO 12-31-99)

  REQUIRED AT DESTINATION
                                        PROMISED AT DESTINATION

  ITEM      QTY ORD            PART-ID
  01         1 JOB                              PRICE
                                            $38,500,000 00      E JOB

      SWITCH SITE PLANNING AND CONSTRUCTION, NETWORK INTEGRATION
      (CO, HUBS & B-SITES), HUB SITE PLANNING AND CONSTRUCTION
                                    ESTIMATED ORDER VALUE    38,500,000 00
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

YEAR 2000 WARRANTY

SUPPLIER WARRANTS TO COMPANY AND ITS CUSTOMERS THAT THE DELIVERABLES
PROVIDED BY SUPPLIER TO COMPANY PURSUANT TO THIS AGREEMENT AND SUPPLIER S
INTERNAL SYSTEMS SHALL: (I) OPERATE IN THE SAME MANNER BEFORE, DURING AND

            ++++++++++ CONTINUED ++++++++++

ADDRESSEE ("SUPPLIER") SHALL FURNISH IN ACCORDANCE WITH TERMS AND CONDITIONS
SET FORTH IN THIS ORDER AND ON THE REVERSE SIDE OF THIS PAGE  HOWEVER  IF A
CONTRACT NUMBER IS SHOWN ON THIS PAGE, THE TERMS AND CONDITIONS OF THAT
CONTRACT ARE THOSE ON THE REVERSE SIDE OF THIS PAGE

                                                    LY 1138 (5/94)

CONFIDENTIAL
3WC 0008046

(7a)

Mar 24 01 12 46a      Ritter                    (703) 518-4488                P 4
    MAR-23-2001  22 14
                                           DATE:01/20/00  PAGE:  2      P 82/12

AFTER JANUARY 1, 2000 (WITHOUT LIMITATION AS TO TIME), AND (II) RECORD,
PROCESS, STORE AND PRESENT DATA CONTAINING DATES IN THE YEAR 2000, AND
THEREAFTER WITHOUT LIMITATION AS TO TIME, IN THE SAME MANNER AS DATA
CONTAINING DATES PRIOR TO THE YEAR 2000
****   ****   END OF ORDER   ****   END OF ORDER   ****   END OF ORDER   ****  ****

MARY KARDOMATEAS              LUCENT TECHNOLOGIES INC

                                                          LT-1130 (5/94)

                                                       TOTAL P 83



CONFIDENTIAL
3WC 0008047

Mar 24 01 12 48a    Ritter                    (703) 518-4488              P 5
MAR-23-2001  19 21                                                        P 84/16

## Statement and Invoice

21 JAN 2000

### Lucent Technologies

FOR BILLING INQUIRIES  PLEASE CALL    1-800-223-4767
FOR SERVICE INQUIRIES  PLEASE CALL    1-800-275-6495

Lucent
800 North Point Parkway
Room 83N750J
Alpharetta, GA 30005

ACCOUNT NUMBER        A9327157
FEDERAL TAX ID-

SUMMARY OF CURRENT CHARGES

| | AMOUNT |
|---|---|
| Installation Charges | $0 00 |
| Access Charges | $0.00 |
| Equipment Charges | $0 00 |
| Federal Excise Tax | $0 00 |
| Sales Tax | $0 00 |
| Local Tax | $0.00 |
| Gross Receipt Sales Tax | $0 00 |
| **Total Current Charges** | **$0 00** |

DATE      PAYMENTS AND ADJUSTMENTS

Re  PO AS025971   Charges for the services listed below for the period 10/1/99 through 12/31/99
Switch Site Planning & Construction, Hub Site Planning & Construction, B-Site Planning & Construction, Broadband Riser Engineering,
Inside Wire Engineering, Network Integration (CO, Hubs, B-Sites), Site Survey and Site Acquisition.

Total – Direct Costs
    $31,167 736
Total   Indirect Costs
    $7 590,306

Total Due
(Payment Due in
30 days)
$38 758 042

Need more capacity?  With WinStar Wireless Fiber Service  additional links on existing circuits
can be available in less than one week   Please call your Account Manager to place an order



CONFIDENTIAL
3WC 0008048

Mar 24 01 12 46a    Ritter    (703) 518-4488    p.6



CONFIDENTIAL
3WC 0008049



Mar 24 01 12 47a    Ritter                    (703) 518-4488        P 8

MAR-23-2001  22 14                                        P 03/12

4TH QUARTER 1999
Actual Lucent Billing



CONFIDENTIAL
3WC 0008051

Mar 24 01 12 47a     Ritter                    (703) 518-4488        P 9

$1Q$ '00

CONFIDENTIAL
3WC 0008052

Mar 24 01 12 47a    Ritter                    (703) 518-4488              P 10
MAR-23-2001  19 22                                                        P 87/16

## Purchase Order

Winstar Network Expansion, LLC
1577 Spring Hill Rd
Vienna VA 22182 2223
USA

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WNE  0000005737 | 03/28/2000 | | 1 |
| Payment Terms  Freight Terms | | | Ship Via |
| Net 30 | ORI | | COMMON |
| Buyer  Shelton, Brad | | Currency Code: | USD |

SHIP TO  2545 Horse Pan Rd
Hamdon VA 20171-3401
USA

Vendor:  LUCENT TECHNOLOGIES INC
PO BOX 100317
ATLANTA GA 30384-0317
USA

BILL TO  2545 Horse Pan Rd
ATTENTION JOHN LEONE C-3335
Hamdon VA 20171-3401
USA

Cntct  CHARLOTTE WILLIAMS
Fax  404 573 4689

Vendor ID-  0000000047   Reference:  REQ 2001895/3408
Tax Exempt?  N  Tax Exempt ID-

| Line-Schd | Vendor Part # | Description | Mfg ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ARCHITECTURE | | 4 370 000 00 | DOL | 1 000 | 4 370,000 00 | 03/31/2000 |
| 2 | 1 | WINSTAR END-USER SERVICES ENGINEERING | | 3 030,000 00 | DOL | 1 000 | 3 030 000 00 | 03/31/2000 |
| 3 | 1 | LAB SERVICES | | 8 000 000 00 | DOL | 1 000 | 8 000,000.00 | 03/31/2000 |
| 4 | 1 | CITY NETWORK PLANNING | | 5 530,000 00 | DOL | 1 000 | 5,530 000 00 | 03/31/2000 |
| 5 | 1 | NETWORK CAPACITY ADMINISTRATION | | 6 600 000 00 | DOL | 1 000 | 6.600 000 00 | 03/31/2000 |
| 6 | 1 | PROGRAM MANAGEMENT | | 2,085 000.00 | DOL | 1.000 | 2,085 000.00 | 03/31/2000 |
| 7 | 1 | NETWORK INFRASTRUCTURE BUILDOUT 1 | | 32.310,281 33 | DOL | 1.000 | 32.310,281.33 | 03/31/2000 |
| 8 | 1 | NETWORK INFRASTRUCTURE BUILDOUT 2 | | 110 753.78 | DOL | 1 000 | 110 753.78 | 03/31/2000 |
| 9 | 1 | NETWORK INFRASTRUCTURE BUILDOUT 3 | | 221 854 05 | DOL | 1.000 | 221 854.05 | 03/31/2000 |
| 10 | 1 | NETWORK INFRASTRUCTURE BUILDOUT 4 | | 759 884 84 | DOL | 1 000 | 759 884.84 | 03/31/2000 |
| 11 | 1 | NETWORK INFRASTRUCTURE BUILDOUT 5 | | 18.131 000 00 | DOL | 1 000 | 18.131,000.00 | 03/31/2000 |

ORIGINATOR  LISA HICKS 703-889-4299
C 5 SERVICES PER LUCENT SUPPLY AGREEMENT  CY2000

PLEASE BE SURE TO INCLUDE THE PURCHASE ORDER NUMBER ON ALL INVOICES IN ORDER TO FACILITATE PAYMENT

THIS PURCHASE ORDER SHALL BE GOVERNED BY THE TERMS AND CONDITIONS OF THE SUPPLY AGREEMENT BETWEEN WINSTAR AND LUCENT TECHNOLOGIES.

ALL QUESTIONS REGARDING THIS PURCHASE ORDER SHOULD BE DIRECTED TO BRAD SHELTON AT 703/226-7677  THANK YOU

Total PO Amount  81,148,774 00

All shipments  shipping papers  invoices  and corre pondence must be identified with our purchase order number  Overshipments will not be accepted unless authorized by Buyer prior to shipment

CONFIDENTIAL
3WC 0008053

Mar 24 01 12 47a    Ritter
MAR-23-2001  19 23

(703) 518-4488              P 11
                                          P 18/16
PURCHASE/SERVICE ORDER  P O. AS026074
                        DATE:03/31/00   PAGE    1

SHIP TO
  LUCENT TECHNOLOGIES
  AS026074
  M M DOWDY
  800 NORTH POINT PKY
  ALPHARETTA, GA  30202

SEND PURCHASING CORRESPONDENCE TO
- LUCENT TECHNOLOGIES
  PURCHASING RM 93S540
  900 NORTH POINT PKWY
  ALPHARETTA, GA  30202

VENDOR:
  WINSTAR COMMUNICATIONS
  ATTN· LISA HICKS
  7799 LEESBURG PIKE
  TYSON'S CORNER VA  22043

SEND INVOICES TO:
  LUCENT  AS026074
  P.O BOX 105651
  ATLANTA, GA  30348-5651
  1-888-290-3500 07:30-04 15 EST

QUESTIONS REGARDING:
  PURCHASING JOHN QUINN (770) 760-2593
  TRNSP 404-573-4516
F O B  TERMS

PAY TERMS    NET  30
TAX EXEMPT.PURCHASED FOR RESALE
TAX CERT NO 175-79-36542-7

F O B  POINT
N(C.O.D INCLUDE PACKING LIST DO NO DECLARE VALUE  ON RELEASE VALUE USE VALUE

ROUTING·

THIS IS A SERVICE ORDER  RETURN OF THE ENCLOSED ORDER ACKNOWLEDGEMENT FORM IS
REQUIRED PRIOR TO EXECUTION OF ANY WORK OR SERVICES  (01-01-00 TO 03-31-00)

REQUIRED AT DESTINATION              ALL ITEMS  PROMISED AT DESTINATION:
          )

ITEM     QTY ORD                                 PRICE
01           1 JOB      PART-ID              $110,733.78        E JOB

    SUBCONTRACT FOR NETWORK INFRASTRUCTURE BUILD-OUT 2

ITEM     QTY ORD                                 PRICE
02           1 JOB      PART-ID              $221,854 05        E JOB

    SUBCONTRACT FOR NETWORK INFRASTRUCTURE BUILD-OUT 3

********** CONTINUED **********

ADDRESSEE ("SUPPLIER") SHALL FURNISH IN ACCORDANCE WITH TERMS AND CONDITIONS
SET FORTH IN THIS ORDER AND ON THE REVERSE SIDE OF THIS PAGE. HOWEVER, IF A
CONTRACT NUMBER IS SHOWN ON THIS PAGE, THE TERMS AND CONDITIONS OF THAT
CONTRACT REPLACE THOSE ON THE REVERSE SIDE OF THIS PAGE

(12a)

CONFIDENTIAL
3WC 0008054

LT 1120 (5/8

Mar 24 01 12 47a    Ritter
MAR-23-2001  19 23                                              (703) 518-4488            P 12
                                                                                         P 11/16
                          PURCHASE/SERVICE ORDER    P O. AS026074
                                                    DATE 03/31/00    PAGE:    2

ITEM        QTY ORD                                              PRICE
03            1 JOB            PART-ID                          $759,984.84      E JOB

        SUBCONTRACT FO NETWORK INFRASTRUCTURE BUILD-OUT 4


ITEM        QTY ORD
04            1 JOB            PART-ID                            PRICE
                                                              $18,131,000.00     E JOB

        SUBCONTRACT FOR NETWORK INFRASTRUCTURE BUILD-OUT 5


ITEM        QTY ORD
05            1 JOB            PART-ID                            PRICE
                                                              $32,310,281 00    E JOB

        SUBCONTRACT FOR NETWORK INFRASTUCTURE BUILD-OUT 1
                                                 ESTIMATED ORDER VALUE      51,533,753

SUPPLIER WARRANTS TO COMPANY AND ITS CUSTOMERS THAT THE DELIVERABLES
PROVIDED BY SUPPLIER TO COMPANY PURSUANT TO THIS AGREEMENT AND SUPPLIER'S
INTERNAL SYSTEMS SHALL· (I) OPERATE IN THE SAME MANNER BEFORE, DURING AND
AFTER JANUARY 1, 2000 (WITHOUT LIMITATION AS TO TIME), AND (II) RECORD,
PROCESS, STORE AND PRESENT DATA CONTAINING DATES IN THE YEAR 2000, AND
THEREAFTER WITHOUT LIMITATION AS TO TIME, IN THE SAME MANNER AS DATA
CONTAINING DATES PRIOR TO THE YEAR 2000
****    ****    END OF ORDER    ****    END OF ORDER    ****    END OF ORDER    ****    *

MARY KARDOMATEAS                                                          126

                      LUCENT TECHNOLOGIES INC
                      JOHN QUINN (770) 750-2593 (AUTHORIZED SIGNATURE), BUYE

CONFIDENTIAL
3WC 0008055

Mar 24 01 12 48a    Ritter                          (703) 518-4488          P.13
MAR-23-2001  19 22                                                          P 08/16

                              Statement and Invoice              05 MAY 2000


                                    FOR BILLING INQUIRIES PLEASE CALL    1-800-223-4767
                                    FOR SERVICE INQUIRIES PLEASE CALL    1-800-275-6486
    Lucent Technologies

        Lucent
        800 North Point Parkway
        Room 83N750J
        Alpharetta, GA 30005
                                              ACCOUNT NUMBER:        A9327187
                                              FEDERAL TAX ID


        SUMMARY OF CURRENT CHARGES                        AMOUNT

            Installation Charges                          $0 00
            Access Charges                                $0 00
            Equipment Charges                             $0 00
            Federal Excise Tax                            $0 00
            Sales Tax                                     $0 00
            Local Tax                                     $0.00
            Gross Receipt Sales Tax                       $0 00

                                                          $0 00

        DATE    PAYMENTS AND ADJUSTMENTS

Re- PO AS026074  Charges for the services listed below for the period 01/01/2000 through 03/31/2000
Switch Site Planning & Construction, Hub Site Planning & Construction, B-Site Planning & Construction, Broadband Riser Engineering,
Inside Wire Engineering, Network Integration (CO, Hubs, B-Sites), Site Survey and Site Acquistion.


Total - Direct Costs
    $39 840,595
Total  Indirect Costs
    $15 644 580


    Total Due
(Payment Due in
    30 days)
 $55 485 175

        Lucent Technologies  Invoice for Direct and Indirect Labor  Second Qtr 2000  Acct. Number A9327187

        Need more capacity?  With WinStar Wireless Fiber Service  additional links on existing circuits
        can be available in less than one week  Please call your Account Manager to place an order    


                                              CONFIDENTIAL
                                              3WC 0008056



CONFIDENTIAL
3WC 0008057

Winter Telecommunications Inc.
Lessor Billing for Capital Labor
1Q Actual

CONFIDENTIAL
3WC 0008058

(15)

Mar 24 01 11 54a    Ritter                    (703) 518-4488          P.1

3/24/01

To  Tim Graham

From'  J , H·

F ,- 3  - 4

CONFIDENTIAL
3WC 0008059

Mar 24 01 11 54a    Ritter                    (703) 518-4488          P 2

2Q '00

CONFIDENTIAL
3WC 0008060

Mar 24 01 11 54a    Ritter

MAR-23-2001  22 11                                    (703) 518-4488              P 3

                                                                    P 10/16

# Purchase Order
## CHANGE ORDER

**WVF-1, LLC**
1577 Spring Hill Rd
Vienna VA 22182-2223
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WVF1- 0000001221 | 08/30/2000 | 1 -07/05/2000 | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | ORI | | COMMON |
| Buyer: Shelton Brad | | Currency Code: | USD |

SHIP TO: 2545 Horse Pen Rd
Herndon VA 20171-3401
United States

**winstar**

**Vendor**  LUCENT TECHNOLOGIES INC
PO BOX 100317
ATLANTA GA 30384-0317
United States

Fax: 404 573 4689

BILL TO: 2545 Horse Pen Rd
ATTENTION JULIAN HADDAD
Herndon VA 20171-3401
United States

| Vendor ID: 0000000047 | | Reference: REQ 20009972/1209 | | | Tax Exempt? N | Tax Exempt ID: | | |
|---|---|---|---|---|---|---|---|---|
| Line-Sched | Vendor Part # | Description | Mfg ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
| 1   1 | | SYNC MONITORING PLAN SERVICE, TRAINING DEVELOPMENT | | 2,159,711.00 | DOL | 1.000 | 2,159 711.00 | 06/30/2000 |
| 2   1 | | NETWORK INFRASTRUCTURE BUILDOUT 1 | | 23,795,306.00 | DOL | 1.000 | 23,795,306.00 | 06/30/2000 |
| 3   1 | | NETWORK INFRASTRUCTURE BUILDOUT 2 | | 9,910,956.00 | DOL | 1.000 | 9,918,956.00 | 08/30/2000 |
| 4 - 1 | | NETWORK INFRASTRUCTURE BUILDOUT 3 | | 1,028,851.00 | DOL | 1.000 | 1,028,851.00 | 06/30/2000 |
| 5   1 | | NETWORK INFRASTRUCTURE BUILDOUT 4 | | 4,803,947.00 | DOL | 1.000 | 4,803,947.00 | 06/30/2000 |
| 6   1 | | NETWORK INFRASTRUCTURE BUILDOUT 5 | | 5,138,911.00 | DOL | 1.000 | 5,138,911.00 | 06/30/2000 |
| 7   1 | | NETWORK INFRASTRUCTURE BUILDOUT 6 | | 22,705,391.00 | DOL | 1.000 | 22,705,391.00 | 06/30/2000 |

ORIGINATOR: LISA HICKS

LUCENT TRACKING NO. ES-PM-CH-7010
NETWORK SYNCHRONIZATION

PLEASE BE SURE TO INCLUDE THE PURCHASE ORDER NUMBER ON ALL INVOICES IN ORDER TO FACILITATE PAYMENT

THIS PURCHASE ORDER SHALL BE GOVERNED BY THE TERMS AND CONDITIONS OF THE SUPPLY AGREEMENT BETWEEN WINSTAR TELECOMMUNICATIONS, INC. AND LUCENT TECHNOLOGIES, INC. DATED OCTOBER 21 1998.

ALL QUESTIONS REGARDING THIS PURCHASE ORDER SHOULD BE DIRECTED TO BRAD SHELTON AT 703228-7877  THANK YOU

Total PO Amount  69,547,063.00

All shipments, shipping papers, invoices and correspondence must be identified with our purchase order number. Over/shipments will not be accepted unless authorized by Buyer prior to shipment.

**Authorized Signature**

TOTAL P 01

*16*

CONFIDENTIAL
3WC 0008061

Mar 24 01 11 54a    Ritter
MAR-23-2001  22 11

(703) 518-4488        P 4

P 11/16

PURCHASE/SERVICE ORDER

P U  AS026145
DATE:06/30/00  PAGE:  1

SHIP TO.
  LUCENT TECHNOLOGIES
  AS026145
  M M DOWDY
  800 NORTH POINT PKY
  ALPHARETTA, GA  30202

SEND PURCHASING CORRESPONDENCE TO
  LUCENT TECHNOLOGIES
  PURCHASING RM 935540
  900 NORTH POINT PKWY
  ALPHARETTA, GA  30202

VENDOR:
  WINSTAR COMMUNICATIONS
  ATTN: LISA HICKS
  2545 HORSE PARK ROAD
  HERNDON VA  20171

SEND INVOICES TO:
  LUCENT  AS026145
  P O. BOX 105651
  ATLANTA, GA  30348-5651
  1-888-290-3500 07:30-04 15 EST

QUESTIONS REGARDING
  PURCHASING JOHN QUINN (770) 750-2593
  TRNSP 404-573-4516
F O B  TERMS:

PAY TERMS  NET 30
  TAX EXEMPT PURCHASED FOR RESALE

THIS IS A SERVICE ORDER  RETURN OF THE ENCLOSED ORDER ACKNOWLEDGEMENT FORM IS
REQUIRED PRIOR TO EXECUTION OF ANY WORK OR SERVICES  (04-01-00 TO 06-30-00)

REQUIRED AT DESTINATION· 04-01-00            PROMISED AT DESTINATION

| ITEM | QTY ORD | PART-ID | PRICE | |
|------|---------|---------|-------|--|
| 01 | 1 JOB | | $67,388,372 00 | E JOB |

SERVICES RELATED TO NETWORK BUILD-OUT OF WINSTAR'S
NETWORK,  SEE ATTACHED SHEET

ESTIMATED ORDER VALUE    67,388,372,0

**************************************************************
****  ****  END OF ORDER  ****  END OF ORDER  ****  END OF ORDER  ****  **

MARY KARDOMATEAS          LUCENT TECHNOLOGIES INC.
                JOHN QUINN (770) 750-2593 (AUTHORIZED SIGNATURE); BUYE

ADDRESSEE ("SUPPLIER") SHALL FURNISH IN ACCORDANCE WITH TERMS AND CONDITIONS
SET FORTH IN THIS ORDER AND ON THE REVERSE SIDE OF THIS PAGE. HOWEVER, IF A
CONTRACT NUMBER IS SHOWN ON THIS PAGE, THE TERMS AND CONDITIONS OF THAT

TOTAL P 02

CONFIDENTIAL
3WC 0008062

Mar 24 01 11 54a     Ritter
MAR-23-2001  19 25                                    (703) 518-4488              P.5
                                                                                 P 15/16
                          ─────────
                          PURCHASE/SERVICE ORDER

SHIP TO                                    F.U  AS026145
   LUCENT TECHNOLOGIES                     DATE 06/30/00   PAGE    1
   AS026145
   M M DOWDY
   200 NORTH POINT PKY                     SEND PURCHASING CORRESPONDENCE TO
   ALPHARETTA, GA  30202                     LUCENT TECHNOLOGIES
                                             PURCHASING RM 93S540
VENDOR:                                      900 NORTH POINT PKWY
   WINSTAR COMMUNICATIONS                    ALPHARETTA, GA  30202
   ATTN. LISA HICKS
   2545 HORSE PARK ROAD                    SEND INVOICES TO:
   HERNDON VA  20171                         LUCENT  AS026145
                                             P O BOX 105651
                                             ATLANTA, GA  30348-5651
QUESTIONS REGARDING                          1-898-290-3500 07 30-04 15 EST
   PURCHASING JOHN QUINN (770) 750-2593
   TRNSP 404-573-4516
F O B  TERMS                               PAY TERMS    NET 30
                                           TAX EXEMPT PURCHASED FOR RESALE
F O B  POINT:                              TAX CERT NO:175-79-36542-7  -
NU C O SD INCLUDE PACKING LIST DO NU DECLARE VALUE ON RELEASE VALUE USE VALUE
RESULTING IN LOWEST CHARGE. COMBINE ALL SAME DAY SHIPMENTS, TO SAME CONSIGNEE, SE
CARRIER, ON SAME B/L (NOT APPLICABLE ON JIT & RUSH)  COMPLY WITH PACKING DESIGN
ROUTING:


THIS IS A SERVICE ORDER  RETURN OF THE ENCLOSED ORDER ACKNOWLEDGEMENT FORM IS
REQUIRED PRIOR TO EXECUTION OF ANY WORK OR SERVICES   (04-01-00 TO 06-30-00)

REQUIRED AT DESTINATION  04-01-00            PROMISED AT DESTINATION.

  ITEM      QTY ORD                              PRICE
  01          1 JOB       PART-ID              $67,388,372.00   E JOB

     SERVICES RELATED TO NETWORK BUILD-OUT OF WINSTAR S
     NETWORK.  SEE ATTACHED SHEET

                                   ESTIMATED ORDER VALUE    67,388,372.(

******************************************************************************
****    ****    END OF ORDER    ****    END OF ORDER    ****    END OF ORDER    ****   **


MARY KARDOMATEAS          LUCENT TECHNOLOGIES INC
                  JOHN QUINN (770) 750-2593 (AUTHORIZED SIGNATURE), BUYE

ADDRESSEE ("SUPPLIER") SHALL FURNISH IN ACCORDANCE WITH TERMS AND CONDITIONS,
SET FORTH IN THIS ORDER AND ON THE REVERSE SIDE OF THIS PAGE. HOWEVER, IF A
CONTRACT NUMBER IS SHOWN ON THIS PAGE, THE TERMS AND CONDITIONS OF THAT

(176)

CONFIDENTIAL
3WC 0008063

LT 1120 (11/96)

Mar 24 01 11 54a    Ritter
   MAR-23-2001  19 24                              (703) 518-4488            P 6
                                                                            P 13/16

Statement and Invoice
                                                                      14 August 2000

**Lucent Technologies**                    FOR BILLING INQUIRIES  PLEASE CALL    1-800-223-4787
                                           FOR SERVICE INQUIRIES  PLEASE CALL    1-800-275-6496

Lucent
800 North Point Parkway
Room B3N750J
Alpharetta, GA  30005

                                           ACCOUNT NUMBER-
                                           FEDERAL TAX ID          A9327187

SUMMARY OF CURRENT CHARGES

                                                          AMOUNT

Installation Charges
Access Charges                                            $0.00
Equipment Charges                                         $0 00
Federal Excise Tax                                        $0 00
Sales Tax                                                 $0 00
Local Tax                                                 $0 00
Gross Receipt Sales Tax                                   $0.00
                                                          $0 00

                                                          $0 00

DATE      PAYMENTS AND ADJUSTMENTS

Re  PO AS026145  Charges for the services listed below for the period 04 /01/2000 through 06/31/2000
Switch Site Planning & Construction, Hub Site Planning & Construction, B-Site Planning & Construction, Broadband Riser Engineering
Inside Wire Engineering, Network Integration (CO Hubs  B-Sites)  Site Survey and Site Acquisition.

Total  – Direct Costs
         $54,475,548
Total  – Indirect Costs
         $12 924 452

Total Due
(Payment Due In
30 days) $
$67,400,000

Lucent  Technologies   Invoice for Direct and Indirect Labor, Second Qtr 2000  Acct. Number A9327187

Need more capacity?  With WinStar Wireless Fiber Service  additional links on existing circuits
can be available in less than one week.  Please call your Account Manager to place an order

18

CONFIDENTIAL
3WC 0008064



Mar 24 01 11 55a    Ritter
MAR-23-2001  19 23                                    (703) 518-4488        P 7
                                                                            12/16

INVOICE

Dept

LUCENT TECHNOLOGIES INC
P O BOX 100317
ATLANTA GA 30384-0317
ATTN ACCOUNTS RECEIVABLE

SHIP TO:  WINSTAR WIRELESS
          ATTN JULIAN HADDAD
          2545 HORSE PEN ROAD
          C-1463 1ST FLOOR
          HERNDON        VA 20171

BILL TO:  WINSTAR WIRELESS
          ATTN JULIAN HADDAD
          2545 HORSE PEN ROAD
          C-1463 1ST FLOOR
          HERNDON        VA 20171

INVOICE NUMBER      51018MS
INVOICE DATE        06/21/00
ACCOUNT NUMBER      10010RCMS
PAGE NUMBER         1
PAYMENT DUE         10/21/00

LUCENT SERVICES

DIANE SHULTZ
NETWORK SERVICES REQUIRED IN SUPPORT OF WINSTAR PURCHASE
ORDER # WWP1000000190  SERVICES REQUIRED TO DELIVER THE NETWORK
K SVCS ASSOCIATED W/ THE SCOPE OF WORK IDENTIFIED IN THE
WINSTAR/LUCENT SUPPLY AGREEMENT

****** LAST PAGE ******

SUB TOTAL              $ 87,388,372 00

LESS ADVANCE PAYMENT

TRANSPORTATION        $              00
TAX                   $              00

TOTAL DUE             $ 87 388 372 00

QUESTIONS ABOUT YOUR ACCOUNT?
CALL          DIANE SHULTZ
              (404) 573-5373

INVOICES ARE PAYABLE IN U.S. CURRENCY
AND OVERDUE AMOUNT SHALL BEAR INTEREST
AT A REASONABLE RATE OR IS SUBJECT TO
LATE PAYMENT CHARGES PER AGREEMENT
THANK YOU FOR USING
LUCENT TECHNOLOGIES

RETURN THIS PORTION WITH PAYMENT

REMIT TO:
LUCENT TECHNOLOGIES, INC
P O BOX 100317
ATLANTA GA 30384-0317
ATTN ACCOUNTS RECEIVABLE

WINSTAR WIRELESS
ATTN JULIAN HADDAD
2545 HORSE PEN ROAD
C-1463 1ST FLOOR
HERNDON        VA 20171

$ 87 388 372 00

DUPLICATE

CONFIDENTIAL
3WC 0008065

Mar 24 01 11 55a    Ritter

MAR-23-2001  19 24

(703) 518-4488

P 8

P 14/16

CONFIDENTIAL
3WC 0008086

Vitas r Telecommunications i ~
Level Sales by Capital Order
Q3 2000 Actual

CONFIDENTIAL
3WC 0008067

(20b)

Mar 24 01 11 57a    Ritter                    (703) 518-4488        P 1

2/24/01

To  Tim, Graham

From: J , Hi

r . , - 4  .  4

CONFIDENTIAL
3WC 0008068

Mar 24 01 11 57a     Ritter                    (703) 518-4488          P 2

3 Q  '00

CONFIDENTIAL
3WC 0008069

Mar 24 01 11 57a    Ritter                    (703) 518-4488          P 3
    MAR-23-2001  22 18                                              P 05/16

# Purchase Order
## DUPLICATE

WVF-1, LLC
1577 Spring Hill Rd
Vienna VA 22182-2223
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WVF1  0000002958 | 02/08/2000 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | DIRI | | COMMON |
| Buyer  Shannon, Brad | | Currency Code | USD |

SHIP TO: 2545 Horse Pen Rd
Herndon VA 20171-3401
United States

Vendor    LUCENT TECHNOLOGIES INC
          PO BOX 100317
          ATLANTA GA 30384-0317
          United States

          Fax  404 573 4589

BILL TO: 2545 Horse Pen Rd
ATTENTION JULIAN HADDAD
Herndon VA 20171-3401
United States

| Vendor ID  0000000047 | Reference: REOS 2005317 & 2005392/3115 | | | Tax Exempt? N   Tax Exempt ID | | |
|---|---|---|---|---|---|---|
| Line-Sch | Vendor Part # | Description | Mfg ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
| 1  1 | | INFRASTRUCTURE ENGINEERING SERVICES (SRO CONSULTANT) | | 65,509,331 00 | DOL | 1 000 | | 09/30/2000 |
| 2  1 | | PHASE 1 A&E | | 12.00 | EA | 15 000 000 | 180,000.00 | 09/07/2000 |
| 3  1 | | PHASE 1 & 2 A&E | | 35 00 | EA | 30 000 000 | 1,050 000.00 | 09/07/2000 |

FOR LINE ITEM NOS. 2 AND 3:
INVOICES MUST STATE WHAT SITE (STREET ADDRESS AND CITY)
ACCEPTENCE DOCUMENTATION MUST BE ATTACHED TO EACH INVOICE
FOR THE FOLLOWING POSSIBLE HUB SITES

| | |
|---|---|
| 1 Bridge Plaza | 405 Thomas Jones Way |
| 1 Easton Ova | 60 Braintree Hill Park |
| 100 Crescent Center Pkwy | 505 E. Huntland |
| 103 Westpark drive | 535 Merritt Drive |
| 10350 Riverside Dr | 555 Ounce Orarchard Rd |
| 12444 Powercourt Dr | 565 Morton Drive |
| 13135 Daly Axford Rd | 6 Neshaminy Interplex |
| 150 Oaklands Blvd | 601 Gateway Blvd |
| 1515 W 190th St | 620 Perry Patkway |
| 15400 Sherman Way | 6200 Savoy Dr |
| 1800 Peerbrook | 65 Enterprise |
| 20320 Century Blvd | 701 NW 62nd St |
| 222 Delaware Ave | 7200 N Mopac |
| 2231 E Lamar Blvd | 7330 San Pedro |
| 23272 Mill Creek Dr | 7500 San Felipe |
| 2500 Northwinds Pkwy | 8720 Red Oak Blvd |
| 2589 N 1st St | |
| 26591 Plaza | |
| 2707 Colby Ave | |
| 3000 Corporate Exchange Dr | |
| 301 E Clark Ave | |
| 301 Rt 17 North | |
| 325 Espay Road | |
| 330 S 3rd St | |
| 332 W Broadway | |
| 336 Hillcrest Rd | |
| 4005 Windward Plaza | |
| 4255 Valley View Ln | |
| 4200 North Point Pkwy | |
| 4450 Valley View Ln. | |
| 4550 North Point Pkwy | |

ORIGINATOR: LISA HICKS

PLEASE BE SURE TO INCLUDE THE PURCHASE ORDER NUMBER ON ALL INVOICES IN ORDER TO FACILITATE
PAYMENT

THIS PURCHASE ORDER SHALL BE GOVERNED BY THE TERMS AND CONDITIONS OF THE SUPPLY AGREEMENT
BETWEEN WINSTAR TELECOMMUNICATIONS, INC AND LUCENT TECHNOLOGIES, INC DATED OCTOBER 21 1998.


All shipments  shipping papers, invoices, and correspondance must
be identified with our purchase order number. Overshipments will
not be accepted unless authorized by Buyer prior to shipment.

CONFIDENTIAL
3WC 0008070


21q

Mar 24 01 11 57a    Ritter                    (703) 518-4488              P 4
        MAR-23-2001  22 10                                        P 85/16

## Purchase Order
**DUPLICATE**

WVF-1, LLC
1577 Spring Hill Rd
Vienna VA 22182-2223
United States

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| WVF1  0000002958 | 09/09/2000 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | OFN | | COMMON |
| Buyer  Shelton,Brad | | Currency Code: | USD |

SHIP TO:  2545 Horse Pen Rd
          Herndon VA 20171-3401
          United States

Vendor    LUCENT TECHNOLOGIES INC
          PO BOX 100317
          ATLANTA GA 30384-0317
          United States

          Fax.  404 573 4889

BILL TO:  2545 Horse Pen Rd
          ATTENTION JULIAN HADDAD
          Herndon VA 20171-3401
          United States

Vendor ID:  0000000047    Reference:  REOS 2005317 & 2005392/3115        Tax Exempt? N    Tax Exempt ID:

| Line-Schd Vendor Part # | Description | Mtg ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|

ALL QUESTIONS REGARDING THIS PURCHASE ORDER SHOULD BE DIRECTED TO BRAD SHELTON AT
703/226-7877  THANK YOU

Total PO Amount  86,739,331 00

All shipments, shipping papers, invoices, and correspondence must
be identified with our purchase order number. Overshipments will
not be accepted unless authorized by Buyer prior to shipment.



CONFIDENTIAL
3WC 0008071

Mar 24 01 11 57a    Ritter                    (703) 518-4488          P 5
MAR-23-2001  22 09

09/29/02  16 06    GPO LUCENT TECHNOLOGIES INC                    P 03/16

LINE UP        LUCENT                                P.O  AS026-11
              AN EQUAL OPPORTUNITY EMPLOYER    PURCHASE/SERVICE ORDER    DATE:09/20/00  PAGE: 1

SHIP TO:
  LUCENT TECHNOLOGIES
  AS026212
  M M DOWDY                          SEND PURCHASING CORRESPONDENCE TO:
  3110 NORTH POINT PKY                LUCENT TECHNOLOGIES
  ALPHARETTA, GA 30202                PURCHASING RM 999540
                                      900 NORTH POINT PKWY
VENDOR:                               ALPHARETTA, GA 30202
  WINSTAR COMMUNICATIONS
  ATTN: LISA HICKS
  7799 LEESBURG PIKE                  SEND INVOICES TO
  TYSON S CORNER VA  22043            LUCENT AS026212
                                      P.O BOX 105651
                                      ATLANTA, GA 30348-5651
  QUESTIONS REGARDING                 1-888-290-3500 CT 30-04 15 EST
  PURCHASING 3511
  TPNSP:404-573-4510
  F O B TERMS:                        PAY TERMS: NET 30
                                      TAX EXEMPT:PURCHASED FOR RESALE
  F O B POINT:                        TAX CERT NO:176-7-36542-7
W/ C O D  INCLUDE PACKING LIST  DO NOT DECLARE VALUE  ON RELEASE VALUE USE VALUE
ESULTING IN LOWEST CHARGE  COMBINE ALL SAME DAY SHIPMENTS: TO SAME CONSIGNEE, SAME
ARRIER: ON SAME B/L (NOT APPLICABLE ON JIT & RUSH). COMPLY WITH PACKING DESIGN
ROUTING)


HIS IS A SERVICE ORDER  RETURN OF THE ENCLOSED ORDER ACKNOWLEDGEMENT FORM IS
EQUIRED PRIOR TO EXECUTION OF ANY WORK OR SERVICES   (06-30-00 TO 10-20-00)


REQUIRED AT DESTINATION  09-29-00        PROMISED AT DESTINATION:


  ITEM    QTY ORD        PART-ID            PRICE
  01       1 JOB                          $65,509,331 00    E JOB

    MISCELLANEOUS SERVICES RELATED TO NETWORK BUILD-OUT
    OF WINSTAR S NETWORK

                                      ESTIMATED ORDER VALUE    65,509,331.00

*****************************************************************
****  ****  END OF ORDER  ****  END OF ORDER  ****  END OF ORDER  ****  ****



MARY KARDOMATEAS          LUCENT TECHNOLOGIES INC.
                         JOHN QUINN (770) 760-3593 (AUTHORIZED SIGNATURE): BUYER


DDRESSEE ("SUPPLIER") SHALL FURNISH IN ACCORDANCE WITH TERMS AND CONDITIONS
ET FORTH IN THIS ORDER AND ON THE REVERSE SIDE OF THIS PAGE  HOWEVER: IF A
ONTRACT NUMBER IS SHOWN ON THIS PAGE, THE TERMS AND CONDITIONS OF THAT
ONTRACT REPLACE THOSE ON THE REVERSE SIDE OF THIS PAGE.
ST-VALUE:  065809840    VEN-CD:7NN16002    INS-SYM: U        P.A CODE: 2
OPROD: 40550    PROJECT CODE:              PLACER: 6267
LIENT:M M DOWDY                            TEL:678-291-9480    BLDG/RM:DK    92N2000
EL MAT L TO:                         MAT'L FOR DEPT: JM0670000    ORD ORG JM0670000
CCT:15124100 IA016 JAS000000  JAS609        LL:        FP:

CONFIDENTIAL
3WC 0008072

(22)

Mar 24 01 11 57a    Ritter                    (703) 518-4488        P 6
    MAR-23-2001  22 18                                     P 07/16

                        Statement and Invoice            13 September 2000

                                    FOR BILLING INQUIRES, PLEASE CALL    1-800-222-4767
                                    FOR SERVICE INQUIRIES, PLEASE CALL   1-800-275-8496

**Lucent Technologies**

        Lucent
        800 North Point Parkway
        Room 82N750J
        Alpharetta, GA  30005
                                            ACCOUNT NUMBER:      A9327187
                                            FEDERAL TAX ID:

        SUMMARY OF CURRENT CHARGES                          AMOUNT

        Installation Charges                                $0.00
        Access Charges                                      $0.00
        Equipment Charges                                   $0.00
        Federal Excise Tax                                  $0.00
        Sales Tax                                           $0.00
        Local Tax                                           $0.00
        Gross Receipt Sales Tax                             $0.00

                                                            $0.00

        DATE    PAYMENTS AND ADJUSTMENTS

Re   Charges for the services listed below for the period 07/01/2000 through 09/31/2000  (3rd QTR)
Switch Site Planning & Construction, Hub Site Planning & Construction, B-Site Planning & Construction, Broadband Riser Engineering,
Inside Wire Engineering, Network Integration (CO  Hubs, B-Sites), Site Survey and Site Acquisition

Total   Direct Costs
        $53 880 375
Total   Indirect Costs
        $13 411 559

        **Total Due**
        **(Payment Due In**
        **30 days) $**
        **$67,291,934**

            Lucent  Technologies   Invoice for Direct and Indirect Labor  Second Qtr 2000  Accr Number A9327187

            Need more capacity?  With WinStar Wireless Fiber Service  additional links on existing circuits
            can be available in less than one week  Please call your Account Manager to place an order

                                            CONFIDENTIAL
                                            3WC 0008073

Mar 24 01 11 58a    Ritter                (703) 518-4488        P 7



# INVOICE

LUCENT TECHNOLOGIES INC
P O BOX 100317
ATLANTA GA 30384-0317
ATTN ACCOUNTS RECEIVABLE

SHIP TO: WINSTAR
2545 HORSE PEN ROAD

HERNDON            VA 201718401

BILL TO: WINSTAR WIRELESS
ATTN JULIAN HADDAD
2545 HORSE PEN ROAD
C-1453 1ST FLOOR

HERNDON            VA 20171

| INVOICE NUMBER | 3102228183 |
| INVOICE DATE | 10/24/00 |
| ACCOUNT NUMBER | 100100828 |
| PAGE NUMBER | 1 |
| PAYMENT DUE | 11/23/00 |

2ND QUARTER
T-1 NETWORK INFRASTRUCTURE BUILDOUT

DIANE SHULTZ                (404)5735273
NETWORK SERVICES REQUIRED IN SUPPORT OF WINSTAR
PURCHASE ORDER WIF1-0000002863

****** LAST PAGE ******

- - - - - RETURN THIS PORTION WITH PAYMENT - - - - -

REMIT TO
LUCENT TECHNOLOGIES INC
P O BOX 100317
ATLANTA GA 30384-0317
ATTN ACCOUNTS RECEIVABLE

WINSTAR WIRELESS
ATTN JULIAN HADDAD
2545 HORSE PEN ROAD
C-1453 1ST FLOOR

HERNDON            VA 20171

| SUB TOTAL | $ 87 281 834 00 |
| LESS ADVANCE PAYMENT | |
| TRANSPORTATION | 00 |
| TAX | 00 |
| TOTAL DUE | $ 87 281 834 00 |

QUESTIONS ABOUT YOUR ACCOUNT?
CALL    DIANE SHULTZ
        (404) 573 5273

INVOICES ARE PAYABLE IN U.S. CURRENCY
AND OVERDUE AMOUNT SHALL BEAR INTEREST
AT A REASONABLE RATE OR IS SUBJECT TO
LATE PAYMENT CHARGES PER AGREEMENT

THANK YOU FOR USING
LUCENT TECHNOLOGIES

0000081791914400

ORIGINAL

CONFIDENTIAL
3WC 0008074

MAR-23-2001 22 09

Winstar Telecommunications, Inc.
Labor Budget for Capital Labor
Q3 HO2 Actual



CONFIDENTIAL
3WC 0008075

# ROA
# TAB
# 1200

Confidential

| | |
|---|---|
| **From** | Daniel_Csillag@lnotes5 bankofny com |
| **Sent.** | Wednesday November 15 2000 8 55 PM |
| **To** | siddharth kasera@sfs siemens com |
| **Cc** | Frubin@winstar com kmonaco@winstar com |
| **Subject** | Winstar Capital Corp Amendment Request |

  

Adobe Portable Document    Adobe Portable Document    Adobe Portable Document

```
> ----------
> From    Daniel_Csillag@lnotes5 bankofny com
[SMTP DANIEL_CSILLAG@LNOTES5 BANKOFNY COM]
> Sent    Wednesday, November 15, 2000 8 55 01 PM
> To      siddharth kasera@sfs siemens com
> Cc      Frubin@winstar com  kmonaco@winstar com
> Subject       Winstar Capital Corp  Amendment Request
> Auto forwarded by a Rule
>
```

Attached please find an amendment request package with respect to the $1 15 Billion Senior Secured Credit Facilities for Winstar Capital Corp  In addition to the amendment request, attached to this E-Mail are two NON-PUBLIC projection models (Base Case & Scaled Back)  If your institution is one that cannot see these projections, please delete the two projection files

(See attached file  Microsoft Word - Amendment Letter 1 pdf)(See attached file DebtModel 11 15 00_base pdf)(See attached file DebtModel 11 15 00_Scaled_back pdf)

The information in this e-mail, and any attachment therein, is confidential and for use by the addressee only  If you are not the intended recipient, please return the e-mail to the sender and delete it from your computer  Although the Bank of New York attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses



1

Siemens ICN 02209

Confidential

# BNY CAPITAL MARKETS, INC

ONE WALL STREET  NEW YORK, N Y 10286

**Date**    November 15 2000

**To**    Winstar Capital Corp ('Winstar' or the 'Company') Lenders

**From**    BNY Capital Markets Inc

**RE**    Amendment No 2 Request

---

In order to allow Winstar to continue to focus on the execution of its business plan including the expansion of its broadband network, products and services it has entered into agreements (subject to final documentation and standard conditions precedent) that will provide it with approximately $1 02 billion in additional capital (the Additional Capital') of which $770 million is immediately available  The Additional Capital is comprised of a (i) $270 million private equity investment purchased by Microsoft Corporation, Compaq Computer Corporation, Credit Suisse First Boston Private Equity and Welsh Carson, Anderson & Stowe VIII L P  This investment is in the form of convertible preferred stock (the "Preferred Stock") which converts into common stock initially at $25 per share and includes five year warrants to purchase an aggregate of 4 590 000 shares of common stock at an initial exercise price of $25 per share  (ii) $500 million equipment leasing facility, of which $250 million is available immediately with an affiliate of Cisco Systems, Inc (the "Cisco Facility") (iii) $50 million equipment leasing facility with Compaq Financial Services Inc (the  Compaq Facility  and collectively with the Cisco Facility  the  Lease Facilities") and (iv) $200 million senior loan made by Siemens Financial Services, Inc (the "Siemens Loan )

The Lease Facilities (i) are guaranteed by Winstar Communications, Inc and Winstar Capital Corp  (ii) have a tenor of 36 months  (iii) are structured as triple net leases, (iv) each have a special purpose vehicle as the borrower under such facility (which shall be wholly owned subsidiaries of Winstar Wireless  Inc ) and (v) provide the lessee with the option to purchase the equipment at the end of the lease term  The Cisco Facility will be predominantly used to finance the purchase of routers  hubs and other equipment enhancing the performance and capabilities at the edge of Winstar s network  The Compaq Facility will be predominantly used to finance the ongoing expansion and development of Winstar s rapidly growing Web hosting and application service provider infrastructure and offerings  The Cisco Facility is permitted under Section 8 02(a)(i)(E)(4) of the credit agreement and the Compaq Facility is permitted under Section 8 02(a)(i)(E)(3) of the credit agreement

The Siemens Loan will be structured as a new term loan ('Term Loan C') under the $1 15 billion senior credit facilities (the 'Facilities' )  As such the Facilities shall be increased to $1 35 billion  The Term Loan C matures on December 31 2007  All other terms of the Term Loan C are identical to those under the existing Term Loan B

In order to permit the Term Loan C, the consent of the Required Lenders (>50%) under the Facilities is required. Therefore  the Company requests a second amendment ( Amendment No 2 ) to the Facilities to allow for the Term Loan C  Additionally, the company intends on utilizing up to $200 million of proceeds from the Additional Capital to repay outstandings under the credit agreement with Lucent Technologies, Inc ('Lucent")  Therefore  the Facilities will also be amended to allow for this prepayment so long as such prepayment occurs no later than December 31  2000  This prepayment makes up to an additional $200 million immediately available under the Lucent facility  Winstar will still have a maximum available funding commitment of $1 0 billion under the Lucent facility

Siemens ICN 02210

# Confidential

Winstar Capital Corp.
Amendment No 2 Request
November 15, 2000
Page 2

The Bank of New York, CIBC World Markets, Corp  Citicorp North America Inc and Credit Suisse First Boston have approved Amendment No 2  Responses to Amendment No 2 are requested by no later than 5 00 p m  Eastern Time, Thursday November 30 2000 (the  Amendment Response Date")  An amendment fee equal to 0 125% will be paid to each Lender that executes Amendment No 2 by the Amendment Response Date based on each Lender s commitment amount on such date

A conference call will be held by the management of Winstar on Friday  November 17 2000 at 11 30 a m  Eastern Time  to provide an update on the Company s operations and an overview of the Additional Capital   The teleconference can be accessed by dialing 1 888-282-0372 and providing the operator with the passcode, WINSTAR" and the conference leader s name,  DANIEL CSILLAG"  A replay will be available from November 17 2000 at 3 00 p m  until December 1 2000 at 5 00 p m  by dialing 1 800-867 1928  Additionally a conference call will be held to discuss the enclosed financial projections  Details regarding this call will be forwarded to you shortly

Attached is an amendment information package to assist you in your review  This contains (i) revised financial projections (the "Revised Projections ) after giving effect to the Additional Capital which includes a summary comparing the Revised Projections with the projections contained in Winstar s Confidential Information Memorandum dated April 2000 (ii) financial projections representing a scaled back business plan assuming no additional sources of funding are obtained after giving effect to the Additional Capital (iii) organizational charts detailing the company s domestic and international subsidiaries, and (iv) a Contact List  An execution copy of Amendment No 2 will be forwarded to you shortly  If you have any questions please feel free to speak with anyone on the Contact List  On behalf of Winstar your timely response to this Amendment request and continued support of the Company is greatly appreciated

Winstar\Siemens Amendment\Amendment Letter I

Siemens ICN 02211

# ROA
# TAB
# 1219

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No |
| v | ) | |
| | ) | COMPLAINT |
| LUCENT TECHNOLOGIES INC , | ) | |
| NINA AVERSANO, | ) | JURY DEMANDED |
| JAY CARTER, | ) | |
| ALICE LESLIE DORN, | ) | |
| WILLIAM PLUNKETT, | ) | |
| JOHN BRATTEN, | ) | |
| DEBORAH HARRIS, | ) | |
| CHARLES ELLIOTT, | ) | |
| VANESSA PETRINI, | ) | |
| MICHELLE HAYES-BULLOCK and | ) | |
| DAVID ACKERMAN, | ) | |
| Defendants | ) | |
| | ) | |

Plaintiff Securities and Exchange Commission (the "Commission") alleges

## ADDRESSES OF THE PARTIES

1    The address of the Commission is 450 Fifth Street, N W , Washington,
D C   The principal executive offices of Lucent Technologies Inc ("Lucent") are located
in Murray Hill, New Jersey   Nina Aversano resides in Kinnelon, New Jersey   Jay Carter
resides in Far Hills, New Jersey   Alice Leslie Dorn ("Leslie Dorn" or "Dorn") resides in
New York, New York   William Plunkett resides in Little Rock, Arkansas   John Bratten
resides in Alpharetta, Georgia   Deborah Harris resides in Shaker Heights, Ohio   Charles
Elliott resides in Roswell, Georgia   Vanessa Petrini resides in Davidsonville, Maryland
Michelle Hayes-Bullock resides in Orange, New Jersey   David Ackerman resides in
McLean, Virginia

of the fraudulent conduct, Lucent filed materially misstated Forms 10-Q with the Commission for the first three quarters of its fiscal year 2000, and that revenue was improperly included in Lucent's October 23, 2000 unaudited financial statements that were filed with the Commission in a Form 8-K on October 24, 2000  In December 2000, Lucent ultimately agreed to take back $352 million in inventory that Anixter and Graybar had been unable to sell  In total, Aversano and Dorn's fraudulent conduct resulted in Lucent materially overstating its pre-tax income for fiscal year 2000 by approximately 7 percent.

### Winstar Software Pool Transaction
### William Plunkett, Deborah Harris, Vanessa Petrini, and David Ackerman

52     In September 2000, William Plunkett negotiated, with the assistance of Lucent's Winstar sales team members Deborah Harris and Vanessa Petrini, the sale of $135 million worth of software in a software pool transaction with David Ackerman of Winstar   The software pool arrangement allowed Winstar to select software by September 29, 2001, and Lucent to recognize $135 million in revenue in its fiscal year ending September 30 2000  After the parties agreed to and properly documented a $10 million credit, Lucent recognized $125 million on the software pool transaction in its 2000 fiscal year

53     This transaction was particularly important to Lucent because the entire amount of revenue was recorded as pre-tax income without any off-setting expense However, such revenue was recognized in violation of GAAP due to actions of William Plunkett, Deborah Harris, Vanessa Petrini, and David Ackerman

54     In September 2000 during the negotiations for the software pool agreement, Ackerman told Plunkett that the pool of software to be purchased by Winstar

16

was worth only about $25 million to the company  As a result, and before committing to pay more than this amount, Ackerman needed additional value from Lucent   At that time, Ackerman understood Lucent's critical need to recognize revenue in its fiscal year ending September 30, 2000, and used that leverage to gain very favorable additional terms for Winstar   Responding to pressure from Lucent's senior management, including Aversano, to recognize revenue, Plunkett reached an agreement with Ackerman in which Winstar would pay Lucent $135 million for the software and the parties would separately document additional elements of the software pool transaction that would give Winstar additional value   The additional value came in the form of a $35 million credit to be applied to Winstar's future purchases, a $45 million credit expected to comprise substantially all the cost of a network integration laboratory for Winstar, and reduced pricing for Winstar on purchases of equipment for building and hub sites ("the side agreements")

55     Before the parties signed the software pool agreement on September 29, 2000, Ackerman asked that Lucent put the side agreements in writing   Plunkett agreed to Ackerman's request.  At that time, both Plunkett and Ackerman knew that the software pool agreement and the side agreements were elements of a single transaction

56     To ensure that Lucent's accountants would not deduct the value of Lucent's obligations documented in the side agreements from the $125 million Lucent would recognize on the software pool agreement in September 2000, Plunkett instructed Petrini to draft and post-date three letters documenting the side agreements with fictitious dates in October   The effect of the post-dated letters was to create the appearance that the side agreements were reached after September 30, 2000 and were not connected to the

software pool agreement  Petrini drafted and post-dated the letters as instructed and Plunkett signed the post-dated letters on September 29, 2000  Plunkett and Petrini kept the post-dated letters in their files, did not circulate them outside the sales team (except as to Ackerman), and did not make further copies

57    Ackerman received the three executed post-dated letters on September 29, 2000 and knew that they did not accurately portray the entire software pool transaction  Nevertheless, Ackerman agreed to Plunkett's post-dating of Lucent's obligations thereby creating the false appearance that they had been agreed to after September 30, 2000  Ackerman also counter-signed the letter dealing with reduced pricing on purchases of equipment for building and hub sites  Ackerman post-dated that letter October 20, 2000 and sent that executed letter back to Plunkett on September 29, 2000  All three letters were eventually resent to Ackerman at Winstar on their fictitiously stated dates in October 2000  Ackerman counter-signed the letter dealing with reduced pricing on purchases of equipment for building and hub sites again on October 20, faxed the letter to Plunkett  and destroyed the original post-dated letter

58    Deborah Harris understood that Winstar would not utilize the entire $135 million of software, and therefore Winstar wanted additional value in exchange for its agreement to pay $135 million for that software  During the negotiations for the software pool agreement, Petrini and Harris also knew that Lucent had agreed to provide the side agreements to Winstar and that the software pool agreement and the side agreements were elements of a single transaction  Petrini told Harris that Plunkett and Petrini had documented the side-agreements in post-dated letters  Petrini, Harris, Plunkett, and Ackerman knew, or were reckless in not knowing, that if the credits and discounts had

18

been properly recorded by Lucent in the same quarter that the software pool agreement was executed, Lucent would not have recognized $125 million on the transaction.

59      On October 4, 2000, a member of Lucent's CFO structure with responsibility for Lucent's Winstar sales team emailed Harris and Petrini specifically requesting any information regarding discounts or incentives offered by Lucent to Winstar other than the $10 million credit that had been properly documented Despite knowing of the existence of the side agreements and the true nature of the concessions granted to Winstar, Harris and Petrini nevertheless failed to disclose the other aspects of the software pool agreement to the accountant.

### Effect of Winstar Software Pool Transaction
### on Lucent's Reported Financial Results

60      By not taking the three credits and discounts into account, Lucent improperly recorded $125 million in revenue and pretax income in its fourth fiscal quarter of 2000 in violation of GAAP  That amount represented 26 percent of Lucent's pre-tax income for its fourth fiscal quarter 2000, and 4 percent of Lucent's pre-tax income for fiscal year 2000  That amount was included in Lucent's October 23, 2000 unaudited financial statements filed with the Commission on October 24, 2000 in a Form 8-K.

61      Plunkett, Harris, Petrini  and Ackerman each acted with knowledge or recklessly engaged in the above described fraudulent conduct  Each knew, or was reckless in not knowing, that as a result of the fraudulent conduct, Lucent filed materially false financial statements with the Commission in the Form 8-K

# ROA
# TAB
# 1428

# Winstar
# Executive Briefing

## October 20, 2000

Tab 1        Overview of Winstar

Tab 2        End of Quarter Deals

Tab 3        Global Winstar Account Team

Tab 4        Global Account Plan

Tab 5        Financing Background



CONFIDENTIAL

LW00029295

# Memorandum

**To:**   Peter Derrick

**From:**  Beth Perricone

**CC:**   Leslie Rogers  Paul Hayes, Michael Keefe  Adrian Alfred

**Date:**  10/26/00

**Re:**   WVF I LLC ("Winstar")-Refinancing Requirement

---

### Background

On May 4  2000 Lucent entered into a $2B senior secured financing with WVF I LLC  a subsidiary of Winstar Communications, Inc. (NASDAQ: WCII)  The purpose of this facility is to support purchases of eligible equipment under the Lucent Supply Agreement dated 10/21/98   This Lucent financing was provided in conjunction with a recapitalization of WCII, which included the following

- $900M Equity Investment

  $1 6B Public Debt Offering

- $1 150B Senior Secured Bank Facility

At the time of Lucent's approval  it was our understanding from the Winstar treasurer that borrowings would not exceed $250M as of 9/30/00   It was therefore negotiated that if outstanding Lucent Loans (a defined term in our Credit Agreement) exceeded $500M, Lucent could require a refinancing of all or a portion of the Lucent Loans

### Status of Lucent Loans

This week Winstar supplied Lucent a borrowing request for an additional $189M consisting of $124M Non-Lucent Content and $65M Lucent Content   With this request WVF I LLC will have drawn Lucent Loans of over $685M.  Since the closing of this new facility in May  the draws for Lucent and Non-Lucent content have been as follows

| Lucent Content | $301M or 44% |
|---|---|
| Non-Lucent Content | $384.5M or 56% |

The current Lucent Supply Agreement mandates that at least 70% of all purchases be made for Lucent Content, with the balance of 30% allowable for Non-Lucent Content purchases made via the Supply Agreement.   This requirement is monitored annually by the Commercial Team and is likely to not be met again this year   If Winstar does not comply with the content restriction  Winstar is liable for a penalty based upon the amount the non-Lucent content exceeds the 30% limit, up to a maximum penalty of $3M.  (Last year Winstar was not in compliance  and the penalty waived by the Commercial Team )  Winstar is expecting to be in breach again and will be subject to the maximum $3M penalty

CONFIDENTIAL

LW00029342

# ROA
# TAB
# 1443



# Memo

| | |
|---|---|
| To | D Hopkins B Verwaayen |
| From | B Perricone B Keller |
| CC | B Quinn P Derrick M Hund Mejean |
| Re | Winstar Due Diligence |

We have concluded our due diligence on Winstar and thought that you might be interested in a brief executive summary  The review took place from December 1 2000 to December 15 2000 and encompassed (1) a review by PFO and Credit of the latest electronic models of the company s business plans  (2) an information gathering session with Winstar Management held on November 30, 2000, (3) an information gathering session and a visit to Winstar s NOC in Virginia on December 14 2000 and (4) a review of the network architecture and underlying CAPEX assumptions with the Lucent Commercial and Product Units  Based on the above  we provide the following summary

➢ Good business model  Winstar a service provider that offers last mile broadband solutions  uses a hybrid of fiber and fixed wireless to compete with the ILECs,
➢ Winstar has a much larger addressable market than fiber based CLECs and has proven its ability to add customers  and gain business access rights
➢ Winstar continues to demonstrate the ability to execute its plan by continually exceeding management and Wall Street expectations
➢ The company's plan is scalable and as such has sufficient capital and resources currently to fully fund its operations to free cash flow positive
➢ Management has been extremely successful in raising debt and/or equity over the last 12 months ($1 17B in new equity and $1 9B of new debt (net of refinancing))
➢ Assuming normal capital market conditions  the company is likely to enable a refinance of its debt and /or increase its debt capacity in  04
➢ The current scaled model provided to Lucent reflects the ability to absorb an additional 2% interest carry cost upon the end of a Refinance Notice but is unable to carry interest based on the Lucent Conversion Option
➢ We recommend an adjustment be made to the current AQR rating from 6 to 7 due to (1) Lucent Loans structurally subordinate to Bank Debt  (2) CLEC sector under scrutiny due to concerns over profitability of the business model  and (3) challenging conditions in the high yield and syndicated loan markets which may make it more difficult for Lucent to decrease its exposure and in fact  may require us to make available all or a portion of our commitments

CONFIDENTIAL

LW00072886



| SECTION V    HISTORY OF RELATIONSHIP / OBJECTIVES / OPTIONS / RECOMMENDATION |
|---|

**History of Relationship**

Lucent Facility

On May 4 2000 Lucent entered into a $2 billion senior secured financing with WVF I LLC a subsidiary of Winstar Communications Inc ( Winstar ) The purpose of this facility is to support purchases of eligible equipment under the Lucent Supply Agreement dated 10/21/98 This Lucent financing was provided in conjunction with a recapitalization of Winstar which included the following 1) $900 million Equity Investment 2) $1 6 billion Public Debt Offering and 3) $1 150 billion Senior Secured Bank Facility

Winstar has $559 6 million outstanding under the Lucent Facility ( Lucent Loans ) At the time of Lucent s approval it was our understanding from this client that borrowings would not occur until after October 1 2000 nor exceed $500 million Due to the deterioration in the high yield markets in April the company raised less than anticipated and therefore accessed the Lucent Facility sooner than anticipated

To limit Lucent exposure it was negotiated that if in the event Lucent Loans exceed $500 million Lucent could require a refinancing of all or a portion of the Lucent Loans Once notice is provided Winstar has 90 days (or 105 if necessary to complete a year end audit) to refinance the Lucent Loans A $2 billion shelf registration is in place to allow for this refinance If at the end of the 90 or 105 day period, the Lucent Loans are not refinanced, Lucent has two options 1) Conversion Provision – Lucent has the right to convert any of the Lucent Loans to what is referred to in the Credit Agreement as Conversion Notes These Conversion Notes could be priced as high as 2 / above Winstar s 12 75 / Sr Notes due 2010 Currently these notes carry a YTW of 27 22% which in effect means that if Lucent could force a conversion today the Conversion Notes would price at 29 22% It is likely that the pricing on the notes would increase due to the debt service required for these notes and the resultant funding gap that would occur and 2) Yield & Credit Enhancement – at the end of the 90 or 105 days if Lucent Loans are not repaid the pricing on outstanding Lucent Loans increases by 2% In effect the price would increase to Libor + 5 75 % from Libor + 3 75 / In addition full voting rights are restored on assignments and participations and Winstar s permission is no longer required to sell the Lucent Loans Lastly there are also drawdown restrictions that require compliance with the content provisions of Lucent s Supply Agreement (See below for content requirements )

Supply Agreement

The current Lucent Supply Agreement mandates that at least 75 / of all purchases be made for Lucent Content with the balance of 25% allowable for Non Lucent Content purchases made via the Supply Agreement This requirement is monitored annually by the Commercial Team and is likely to not be met again this year The maximum penalty for non compliance of the content requirement is $3 million (Last year Winstar was not in compliance and the penalty was waived by the Commercial Team )

Profitability of Relationship

For fiscal 2000 Winstar generated $533 million of revenue to Lucent at an SGP of 61% however this includes a significant software deal for $100 million that drove the margin higher CFO has advised that currently there is no ability to reconcile to a net margin It does not appear that a business case was ever prepared when the Lucent Facility was increased to $2 billion from $1 billion

Reserves

Lucent is currently not reserving for cost of financing and loan loss reserves We recommend a 20 / cost of financing and 15 77% loan loss reserve given the loan structure proposed hold period and AQR rating

3

CONFIDENTIAL

LW00072890



# ROA
# TAB
# 1573



Home | Solutions and Products | Customer Support | Bell Labs | About Lucent                    Glossary

**Search**

[                    ] Go

Advanced search

**Lucent Techr**
Bell Labs

About Lucent

News & Events
▾ Press Releases
    Press Archive
▸ Features
▸ Events/Speakers
▸ Webcasts
▸ Photo Gallery
▸ Press Contacts

Investor Relations
Industry Analyst Relations
Company Information
Social Responsibility
Work@Lucent
Solutions/Partners
Market Advantage Programs



[Select Month] Go

Search press releases

[                    ] Go

### $2 billion WinStar/Lucent strategic agreement to expand WinStar s broadband network

FOR RELEASE THURSDAY OCTOBER 22  1998

**NEW YORK**  October 22  1998  WINSTAR COMMUNICATIONS (NASDAQ  WCII) and LUCENT TECHNOLOGIES (NYSE  LU) today announced that they have entered into a long term strategic relationship to build out WinStar s fixed wireless broadband telecommunications network in major domestic and international markets  Lucent will provide world class technology  network design integration and buildout services and the vast majority of the communications hardware and software for WinStar's global network

Over the life of the five year agreement  Lucent will also provide up to $2 billion in equipment financing to fund the buildout of the world s first global end to end broadband network  WinStar may draw this financing in tranches not to exceed $500 million at any one time in accordance with mutually agreed upon terms

Through its Wireless Fiber$^{SM}$ services  WinStar s network provides customers with a single  reliable source of local and long distance phone service as well as a full array of high speed data  Internet and information services  The agreement gives WinStar  which was already fully funded to complete its 40 market buildout by the end of 1999  additional resources which will allow it to complete the national deployment of its wireless broadband network ahead of schedule  These resources also will enable WinStar to increase the number of U S  cities to which it will bring its network  and to build networks internationally

William J  Rouhana  Jr   chairman and chief executive officer of WinStar  said   This is a defining moment for WinStar  Lucent s major commitment of expertise and financing  combined with the overwhelming speed to market and cost advantages of WinStar's business model  clearly propels us to the top of the competitive local exchange carrier industry  With Lucent s network knowledge behind us  we are positioned to be the first competitive carrier to create a nearly ubiquitous end to end broadband network in the top 100 world markets

 WinStar was already fully financed to build out its 40 city plan and achieve positive EBITDA by the year 2000  Rouhana continued   We are now at a new level with enough capital to achieve



PLAINTIFF'S EXHIBIT





positive net income and control over when we build out our network in up to 100 cities around the world We now have the opportunity to aggressively plan for our expansion into the top 50 domestic markets and into the international marketplace as well

Carly Fiorina group president of Lucent s Global Service Provider business said We are proud and excited that WinStar selected Lucent to design and build the kind of feature rich network that will enable it to serve its customers better WinStar is revolutionizing the way that businesses receive and use broadband telecommunications services and we are excited about furthering that revolution through this strategic relationship This complete network solution will showcase the breadth of Lucent s product lines the value of Bell Labs innovations and our unmatched expertise in helping customers design build and turn up their networks quickly and profitably

Nathan Kantor president and chief operating officer of WinStar said With its world class technology scale and state of the art expertise, Lucent is the most prestigious and desirable company with which to have this kind of strategic relationship WinStar and Lucent will work hand in hand in every aspect of our network buildout Lucent has the broad resources necessary to ensure that we maintain the highest standards of quality and reliability throughout our expansion which will enable us to increase our focus on building the customer base and to achieve national ubiquity faster than anyone thought possible

Under the agreement

- Lucent will provide network design integration and buildout services for WinStar's end to end global network encompassing a flexible, scaleable architecture to accommodate WinStar s present and future voice and data service offerings WinStar will continue to operate and maintain final design authority for its network

- Lucent will provide its superior technology and equipment for this state of the art network Lucent will also access test and integrate all elements in WinStar s network including equipment from other manufacturers

WinStar plans to implement a nationwide fixed wireless broadband local network that will be integrated with an optical network that will use Lucent s 80 channel dense wave division multiplexing (DWDM) optical networking equipment Lucent s WaveStar ™ OLS 400G dramatically boosts the capacity of fiber optic networks by transporting up to 80 wavelengths or channels of voice data and video traffic



simultaneously on a single fiber

The network solution also includes Lucent s flagship product the 5ESS® AnyMedia ™ switch and the AnyMedia™ Access FAST digital loop carrier Lucent will also supply PortMaster® Internet protocol remote access technology and remote access concentrators its network management software and professional services as well as power equipment

Lucent Technologies (NYSE LU), headquartered in Murray Hill N J designs builds and delivers a wide range of public and private networks communications systems and software data networking systems business telephone systems and microelectronic components Bell Labs is the research and development arm for the company For more information on Lucent Technologies visit our web site at http //www lucent com

WinStar Communications Inc is a facilities based national local communications company, serving business customers in major markets throughout the U S The company provides local and long distance phone service and high speed data Internet access and information services WinStar provides these Wireless Fiber$^{SM}$ services over its own network using its licenses in the 28 and 38 GHz spectrum



For more information reporters may contact

Paula Horn
Lucent Technologies
908 582 3400
Email mediarelations@lucent com

Daniel Briggs
WinStar Communications
(212) 584 4032
Gary Holmes
WinStar Communications
(212) 584 4021

View the information and policies regarding Lucent s press release archive

Terms of use   Privacy statement
Copyright © 2005 Lucent Technologies  All rights reserved

# ROA
# TAB
# 1651



Lucent Technologies
Bell Labs Innovators

600 M    T  R Avenue
Murr F H IL NJ 07974 USA

April 9 2001

VIA FACSIMILE (212 584 4001)

Winstar Communications  Inc
WVF I LLC
WVF LU2  LLC
The Winstar Building
685 Third Avenue  9ᵗʰ Floor
New York  NY 10017
Att  Treasurer and General Counsel

Re   Lucent Credit Facility

Ladies and Gentlemen

We refer to your letter dated April 2  2001  received by us on April 3  2001  and to the
Credit Agreement  (the  Credit Agreement") dated as of May 4  2000  among you
Lucent Technologies Inc  as administrative agent and lender  and The Bank of New
York  as collateral agent  Capitalized terms not defined in this letter shall have the
meanings ascribed to them in the Credit Agreement

In your April 2  2001 letter  you assert that all conditions for Borrowing have been fully
satisfied  However  we respectfully disagree and believe you have not met the
borrowing conditions for several reasons  including without limitation  the following

During meetings that occurred last week among your executives and representatives of
Lucent  your executives made verbal statement that clearly indicate that you have not
complied with various collateral requirements in the Credit Agreement for the Collateral
located in the U S  Specifically  your executives stated that the Collateral located in the
United States is being used and or is in the possession of various Winstar entities other
than the Borrowers under the Credit Agreement and Winstar Wireless  the only entity
that has executed an Equipment User Agreement  In addition  we were informed that
no leases are in place regarding the use of Collateral by the various Winstar entities
using Collateral  Furthermore  no UCC filings have been made in the name of any of
these other Equipment Users  These facts are violations of Sections 5 14  5 17  and
6 13 of the Credit Agreement



PLAINTIFF'S
EXHIBIT
PX  409

Z00/Z00 ·                          LUCENT TECH              028ZZ8S XVI 61 S1 NOW  10/60/10

CONFIDENTIAL  WC  0105983

In addition, based upon information Lucent and its representatives have received from you over the last few weeks including verbal statements made by your executives we believe you are not able to certify that the representation and warranty in Section 3 07(b) of the Credit Agreement no Material Adverse Effect since December 31 1999 is true and correct in all material respects

Furthermore as outlined in Michael Montemarano s letter to Richard Uhl dated March 1 2001 we notified you that you are in violation of the Section 6 13 of the Credit Agreement regarding Collateral located outside of the United States We clearly indicated in the letter that we would not permit borrowings under the Credit Agreement for any reason other than to finance the unpaid purchase price for Lucent Products located in the United States The notice including our willingness to finance unpaid US invoices was provided prior to our obtaining knowledge of any of the other circumstances described above

We do remind you that each borrowing is deemed a representation that all of the borrowing conditions in Section 4 03(a) through (d) and if applicable (e)

If you have any information you can provide to us to prove that the facts outlined above are not accurate please provide it to us promptly and we will certainly review it

Lucent Technologies Inc

By

2

CONFIDENTIAL WC 0105984

**ROA**
**TAB**
**1722**

ɔ- ₤
Tab 157

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re

WINSTAR COMMUNICATIONS, INC   et al ,

Debtors

CHRISTINE C SHUBERT, CHAPTER 7
TRUSTEE OF WINSTAR
COMMUNICATIONS  INC AND WINSTAR
WIRELESS, INC ,

Plaintiff,

v

LUCENT TECHNOLOGIES INC ,

Defendant

Chapter 7
Case No  01 01430
(Jointly Administered)

Adv  Pro  No  01 01063 (JBR)



EXHIBIT
Terrell

---

### DECLARATION OF VERNON TERRELL IN SUPPORT OF
### MOTION OF DEFENDANT LUCENT TECHNOLOGIES INC
### FOR SUMMARY JUDGMENT [WITH ACCOMPANYING EXHIBITS 1-4]

#### Volume 1

Daniel J  DeFranceschi (DE #2742)
Rebecca L  Booth (DE #4031)
Jason M  Madron (DE #4431)
RICHARDS  LAYTON & FINGER  P A
One Rodney Square, P O  Box 551
Wilmington, DE 19899
(302) 651-7700

and-

Paul C  Saunders
CRAVATH  SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendant
Lucent Technologies Inc*

June 11  2004

RLF1 2751645 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

WINSTAR COMMUNICATIONS INC et al

Debtors

Chapter 7
Case No 01-01430
(Jointly Administered)

CHRISTINE C SHUBERT  CHAPTER 7
TRUSTEE OF WINSTAR
COMMUNICATIONS INC  AND WINSTAR
WIRELESS, INC

Plaintiff

Adv Pro No 01-01063 (JBR)

v

LUCENT TECHNOLOGIES INC.,

Defendant

DECLARATION OF VERNON TERRELL IN SUPPORT OF MOTION OF
DEFENDANT LUCENT TECHNOLOGIES INC  FOR SUMMARY JUDGMENT

I VERNON TERRELL  hereby declare as follows

1        I am Director of Asset Management at Lucent Technologies Inc
( Lucent")

2        Pursuant to Section 6 of the Software Pool Agreement entered by
Winstar Communications  Inc ( Winstar") and Lucent on September 29  2000
(WC 0024142-43, a true and complete copy of which is attached hereto as Exhibit 1)  on
February 6 and April 6  2001, Lucent invoiced Winstar for a total of $67 5 million
($33 75 million per invoice)  in software license fees for the quarters ending
December 31, 2000  and March 31, 2001  respectively  Attached hereto as Exhibits 2

(LW00300267) and 3 (LW00300268), respectively, are true and complete copies of those invoices

      3     Approximately $42 75 million of those license fees are for the right to use Lucent's software in the period beginning December 8 2000 The fee attributable to the period between December 8 and December 31 2000, is derived by prorating the quarterly fee of $33 75M over 24 days for a total of approximately $9 million

      4     Lucent provided those software licenses on an unsecured basis and Winstar never paid those software licensing fees

      5     Exhibits 2 and 3 are invoices that were created based on data entry by persons with knowledge of the information they entered, at or near the time that the goods or services to which the invoices refer were provided by Lucent to Winstar The invoices are records made in the ordinary course of business and such invoices are regularly prepared and maintained by Lucent.

      6     Lucent also provided Winstar with approximately $28 566.207 62 in goods and services on an unsecured basis after December 7 2000 Lucent invoiced Winstar for those goods and services True and complete copies of those invoices are attached hereto as Exhibit 4 (LW00300269-71, LW00300273 74, LW00300278 LW00300281-87, LW00300289 94 LW00300296, LW00300301 LW00300303-05 LW00300307 14, LW00300316-17, LW00300326-29 LW00300331-33 LW00300336 413 LW00300415 18)

      7     Winstar never paid Lucent for goods and services referred to in Paragraph 6 and evidenced by the invoices attached as Exhibit 4

2

8    The invoices attached as Exhibit 4 were created based on data

entry by persons with knowledge of the information they entered at or near the time that

the goods or services to which the invoices refer were provided by Lucent to Winstar

The invoices are records made in the ordinary course of business and such invoices are

regularly prepared and maintained by Lucent

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge

Executed on June 10 2004

Alpharetta, Georgia

Vernon Terrell

3

## CERTIFICATE OF SERVICE

I, Jason M. Madron hereby certify that on May 1, 2006 I caused copies of the

foregoing **Lucent Technologies Inc.'s Appendix - Volume I** to be served upon the following

parties in the manner indicated:

**Via Hand Delivery:**

Sheldon K. Rennie
Michael G. Menkowitz
Fox, Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE   19801-3046

**Via First Class Mail:**

Stephen M. Rathkopf
David R. King
Herrick Feinstein LLP
2 Park Avenue
New York, NY  10016-9301

Paul C. Saunders
Daniel Slifkin
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY  10019

Philip D. Anker
James H. Millar
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York  10022

Craig T. Goldblatt
Danielle Spinelli
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M. Street N.W.
Washington, D.C. 20037

Jason M. Madron (DE Bar No. 4431)