IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINSTAR COMMUNICATIONS INC.,<br>*et al.,*<br><br>    Debtors.<br><br>―――――――――――――――――<br>LUCENT TECHNOLOGIES, INC.,<br><br>    Appellant,<br><br>v.<br><br>CHRISTINE C. SCHUBERT<br>Chapter 7 Trustee,<br><br>    Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-147<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF COMPLETION OF MEDIATION

PLEASE TAKE NOTICE that, I, Ian Connor Bifferato, was appointed to serve as mediator for the parties to the captioned appeal. On May 8, 2006, I conducted a mediation session and the case did not settle. The parties are prepared to proceed with the appeal.

PLEASE TAKE FURTHER NOTICE that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: May 11, 2006

BIFFERATO, GENTILOTTI, BIDEN & BALICK

_____
Ian Connor Bifferato (# 3273)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

cc:  Daniel DeFranceschi
     Craig Goldblatt
     Sheldon Rennie
     Stephen M. Rathkopf