### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

IN RE: Winstar Communications, Inc., et al.

| | |
|---|---|
| Lucent Technologies Inc., | : |
|           Appellant, | : |
| v. | : Civil Action No.: 06-147 |
| Christine C. Shubert, Chapter 7 Trustee, | : |
|           Appellee. | : Bankruptcy Case No.: 01-1430 |

### REQUEST FOR ORAL ARGUMENT

Appellee, Christine C. Shubert, Chapter 7 Trustee, ("Trustee), by and through her undersigned counsel, hereby files this Request for Oral Argument relating to Trustee's Motion to Strike Lucent Technologies Inc.'s Designation of Record on Appeal and Statement of Issues on Appeal (the "Motion") (Docket Entry No. 8]. In support of her Motion, Trustee submits as follows:

1. On March 6, 2006, Appellant, Lucent Technologies Inc. ("Lucent") filed its Notice of Appeal from Bankruptcy Court.

2. On March 9, 2006, Trustee filed her Motion and documents in support of the Motion.

3. On March 23, 2006, Lucent filed its Answering Brief in Opposition to the Motion.

4. On March 30, 2006, Trustee filed her Reply Brief in Further Support of the Motion.

5. On May 8, 2006, the parties engaged in Court Ordered mediation.

6. On May 11, 2006, the mediator filed a Notice of Completion of Mediation.

**WHEREFORE**, Counsel for the Trustee respectfully requests that this matter be scheduled for oral argument at the convenience of the Court.

                                                      **FOX ROTHSCHILD LLP**

By:    */s/ Sheldon K. Rennie (#3772)*
           Sheldon K. Rennie, Esquire
           919 N. Market Street, Suite 1300
           Wilmington, DE 19801-3046
           Telephone (302) 654-7444
           Facsimile (302) 656-8920
           srennie@foxrothschild.com

                                                        -and-

Stephen M. Rathkopf, Esquire
David R. King, Esquire
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Dated: May 25, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  Winstar Communications, Inc., et al.

| | |
|---|---|
| Lucent Technologies Inc., | : |
|         Appellant, | : |
|         v. | Civil Action No.: 06-147 |
| Christine C. Shubert, Chapter 7 Trustee, | : |
|         Appellee. | Bankruptcy Case No.: 01-1430 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of May, 2006 one (1) copy of *Appellee's REQUEST FOR ORAL ARGUMENT* was served upon the individuals listed below in the manner specified:

**VIA HAND DELIVERY**
Daniel J. DeFranceschi, Esquire
Richards Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**
Paul C. Sanders, Esquire
Daniel Slifkin, Esquire
Cravath Swain & Moore
825 8th Avenue, Room# 3906W
New York, NY  10019

**VIA FEDERAL EXPRESS**
Craig Goldblatt, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
2445 M. Street, NW
Washington, DC  20037

**U.S. MAIL**
Craig Goldblatt, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, NY  10022

                                    /s/ Sheldon K. Rennie (#3772)
                                    Sheldon K. Rennie, Esquire