# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

July 24, 2006

gerald.munitz@goldbergkohn.com
direct phone: 312.201.3906
direct fax: 312.332.2196

**VIA OVERNIGHT DELIVERY**

Peter T. Dalleo
Clerk of Court
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: Christine C. Shubert, Chapter 7 Trustee v. Lucent Technologies, Inc.
Adv. Pro. No. 01-1063

Dear Mr. Dalleo:

Enclosed for filing please find the Motion of The Commercial Finance Association to File a Brief as Amicus Curiae in Support of Reversal on Issue of "Insider" Status, as well as a Notice of Filing, Certificate of Service and a draft order. I have enclosed the original and three copies. Please return file-stamped copies of the documents in the attached self-addressed, stamped envelope.

Thank you for your assistance.

Very truly yours,

*Gerald F. Munitz*

Gerald F. Munitz

GFM:ly
Enclosures
cc: Sheldon K. Rennie, Esq.
    Stephen M. Rathkopf, Esq.
    Daniel J. DeFranceschi, Esq.
    Paul C. Saunders, Esq.

FILED 2006 JUL 25 AM 10:59 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

521870v1 7/24/2006 3:20:22 PM     2852.002     TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3700  CHICAGO ILLINOIS 60603-5802

MERITAS LAW FIRMS WORLDWIDE