IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Winstar Communications, Inc., *et al.*,<br><br>Debtor. | Chapter 7<br><br>Bankr. Case No. 01-01430 (KJC) |
| Christine C. Shubert,<br>Chapter 7 Trustee,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>Lucent Technologies Inc.,<br><br>Defendant-Appellant. | Civil Action No. 06-147 (JJF)<br><br>Adv. Proc. No. 01-01063 (KJC) |

## LUCENT TECHNOLOGIES, INC.'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4 and Federal Rule of Bankruptcy Procedure 8012, Appellant Lucent Technologies, Inc. ("Lucent") files this Request for Oral Argument on the above captioned appeal.[1] As the Court is aware, this is an appeal from a substantial judgment entered by the bankruptcy court against Lucent, in favor of Christine C. Shubert, the Chapter 7 Trustee.

Lucent respectfully submits that in view of the fact that the record in this case is extensive, and the issues of law complex, oral argument would assist the Court in resolving this appeal.

---

[1] The pleadings related to this appeal are Lucent's opening brief (D.I. 14), Christine C. Shubert, Chapter 7 Trustee's brief in opposition (D.I. 25), and Lucent's reply brief (D.I. 33).

RLF1-3043701-1

**WHEREFORE**, Lucent respectfully requests that this matter be scheduled for oral argument at the convenience of the Court.

Dated: August 1, 2006
      Wilmington, Delaware

By: /s/ Jason M. Madron

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>Seth P. Waxman<br>Craig Goldblatt<br>Danielle Spinelli<br>Michelle Glassman Bock<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>(202) 663-6000<br><br>- and -<br><br>Philip D. Anker<br>James H. Millar<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 | RICHARDS, LAYTON & FINGER, P.A.<br>Daniel J. DeFranceschi (DE No. 2732)<br>Paul N. Heath (DE No. 3704)<br>Jason M. Madron (DE No. 4431)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br><br>CRAVATH, SWAINE & MOORE LLP<br>Paul C. Saunders<br>Daniel Slifkin<br>Michael A. Paskin<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000 |

## CERTIFICATE OF SERVICE

I, Jason M. Madron hereby certify that on August 1, 2006 I caused copies of the foregoing **Lucent Technologies, Inc.'s Request for Oral Argument** to be served upon the following parties in the manner indicated:

**Via Hand Delivery:**

Sheldon K. Rennie
Michael G. Menkowitz
Fox, Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801-3046

**Via First Class Mail:**

Stephen M. Rathkopf
David R. King
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016-9301

Paul C. Saunders
Daniel Slifkin
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019

Philip D. Anker
James H. Millar
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022

Craig T. Goldblatt
Danielle Spinelli
Michelle Bock
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M. Street N.W.
Washington, D.C. 20037

_____
Jason M. Madron (DE Bar No. 4431)

RLF1-3009122-1