IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Winstar Communications, Inc., et al. | Chapter 7<br>Bankr. Case No.: 01-01430 (KJC) |

| | | |
|---|---|---|
| Lucent Technologies Inc., | : | |
|     Defendant-Appellant, | : | |
| v. | : | |
| Christine C. Shubert, Chapter 7 Trustee, | : | C.A. No.: 06-147 (JJF) |
|     Plaintiff-Appellee. | : | Adv. Pro. No. 01-1063 (KJC) |

**STIPULATION AND ORDER EXTENDING TIME TO
RESPOND TO MOTION OF THE COMMERCIAL FINANCE
ASSOCIATION TO FILE A BRIEF AS AMICUS CURIAE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Appellee, Christine C. Shubert ("Plaintiff-Appellee"), Chapter 7 Trustee, and counsel for The Commercial Finance Association that, subject to the approval of the Court, the time for Plaintiff-Appellee to respond to the Motion of The Commercial Finance Association to File a Brief as Amicus Curiae in Support of Reversal on Issue of "Insider" Status is extended to and including August 11, 2006.

FOX ROTHSCHILD LLP

By: _____
Sheldon Kevin Rennie, Esquire (#3772)
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Telephone: (302) 622-4202
srennie@foxrothschild.com

*Attorneys for Plaintiff-Appellee
Christine S. Shubert, Chapter 7 Trustee*

GOLDBERG, KOHN, BELL, BLACK, ROSENBLOOM
& MORITZ, LTD.

By: _____
Richard M. Kohn, Esquire
Gerald F. Munitz, Esquire
55 East Monroe Street, Suite 3700
Chicago, IL  60603
Telephone: (312) 201-4000
Gerald.munitz@goldbergkohn.com

*Attorneys for The Commercial Finance Association*

Dated: August 3, 2006

    IT IS SO ORDERED this _____ day of _____, 2006.

_____
Judge Joseph J. Farnan, Jr.