UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINSTAR COMMUNICATIONS, INC., et al.,<br><br>Debtors. | Case No. 06-147 |
| CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE OF WINSTAR COMMUNICATIONS, INC. AND WINSTAR WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | Case Below:<br><br>Chapter 7<br><br>Case No. 01-1430 (KJC)<br>Jointly Administered<br><br>Adv. Pro. No. 01-1063 (JBR) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David R. King to represent Christine C. Shubert, Chapter 7 trustee of Winstar Communications, Inc. and Winstar Wireless, Inc. in this matter. Mr. King is admitted *pro hac vice* before the Bankruptcy Court, and wishes to be admitted *pro hac vice* to the District Court to receive electronic notification of all filings.

_____
Sheldon K. Rennie (#3772)
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
(302) 654-7444
Attorney for Christine C. Shubert, Chapter 7 trustee
of Winstar Communications, Inc. and Winstar Wireless, Inc.

Date: August 1, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:   August ___, 2006          _____
                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
David R. King
Herrick, Feinstein LLP
210 Carnegie Center
Princeton, NJ 08540
(609) 452-3800

Dated: August 1, 2006

HF 3344708v.1 #06723/0002