IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Winstar Communications, Inc., *et al.*,<br><br>Debtor. | Chapter 7<br><br>Bankr. Case No. 01-01430 (KJC) |
| Christine C. Shubert,<br>Chapter 7 Trustee,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>Lucent Technologies Inc.,<br><br>Defendant-Appellant. | Civil Action No. 06-147 (JJF)<br><br>Adv. Proc. No. 01-01063 (KJC) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO LOCAL DISTRICT COURT RULE 83.5**

        1.      Jason M. Madron, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, the admission *pro hac vice* of Craig T. Goldblatt (the "Admittee"), of Wilmer Cutler Pickering Hale and Dorr LLP, 2445 M Street, N.W., Washington, D.C. 20037, to represent Lucent Technologies Inc., in the above-captioned civil action.

        The Admittee is a member in good standing of the Bar of the States of New Jersey and Pennsylvania and the District of Columbia, and is admitted to practice law in the United States District Court for the District of Columbia.

Dated: August 7, 2006
        Wilmington, Delaware

                                            /s/ Jason M. Madron
                                            Jason M. Madron (No. 4431)
                                            RICHARDS, LAYTON & FINGER, P.A.
                                            One Rodney Square
                                            P.O. Box 551
                                            Wilmington, Delaware 19899
                                            Telephone: (302) 651-7700
                                            Facsimile: (302) 651-7701
                                            E-mail: Madron@rlf.com

        2.      The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, these cases as provided in Local Rule 83.6 of the United States District Court of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

_____
Craig T. Goldblatt

        3.      Motion granted.

              Date: _____

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on the 7th day of August 2006, I caused copies of the foregoing **Motion and Order for Admission *Pro Hac Vice* Pursuant to Local District Court Rule 83.5 [Craig T. Goldblatt]** to be served upon the parties and in the manner indicated below.

**Via Hand Delivery:**

Sheldon K. Rennie, Esq.
Fox Rothschild LLP
919 Market Street
Suite 1300
Wilmington, Delaware 19801

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Lockbox 35
Wilmington, Delaware 19801-3519

**Via First Class Mail:**

Stephen M. Rathkopf, Esq.
David R. King, Esq.
Herrick Feinstein LLP
2 Park Avenue
New York, New York 10016-9301

/s/ Jason M. Madron
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: Madron@rlf.com

RLF1-3045323-1