IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Winstar Communications, Inc., et al. | Chapter 7<br>Bankr. Case No.: 01-01430 (KJC) |
| Lucent Technologies Inc., : <br> : <br> Defendant-Appellant, : <br> : <br> v. : <br> : <br> Christine C. Shubert, Chapter 7 Trustee, : <br> : <br> Plaintiff-Appellee. : | <br><br><br><br><br><br><br>C.A. No.: 06-147 (JJF)<br><br>Adv. Proc. No.: 01-1063 (KJC) |

**RESPONSE OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE
*CONSENTING* TO MOTION OF THE COMMERCIAL FINANCE ASSOCIATION TO
WITHDRAW ITS MOTION TO FILE A BRIEF AS AMICUS CURIAE**

Christine C. Shubert, Chapter 7 Trustee ("Trustee"), through her undersigned counsel, hereby consents to the motion of the Commercial Finance Association ("CFA") to Withdraw its Motion to File a Brief as Amicus Curiae ("Motion to Withdraw").

**WHEREFORE**, Trustee respectfully requests that CFA's Motion to Withdraw be GRANTED.

Dated: August 11, 2006

                                        FOX ROTHSCHILD LLP

By:    */s/ Sheldon K. Rennie (#3772)*
          Sheldon K. Rennie, Esquire
          919 N. Market Street, Suite 1300
          Wilmington, DE 19801-3046
          Telephone (302) 654-7444
          Facsimile (302) 656-8920
          srennie@foxrothschild.com

-and-

Stephen M. Rathkopf, Esquire
David R. King, Esquire
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Winstar Communications, Inc., et al. | Chapter 7<br>Bankr. Case No.: 01-01430 (KJC) |
| Lucent Technologies Inc., | |
| Defendant-Appellant, | |
| v. | |
| Christine C. Shubert, Chapter 7 Trustee, | C.A. No.: 06-147 (JJF) |
| Plaintiff-Appellee. | Adv. Proc. No.: 01-1063 (KJC) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of August, 2006 one (1) copy of *RESPONSE OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE CONSENTING TO MOTION OF THE COMMERCIAL FINANCE ASSOCIATION TO WITHDRAW ITS MOTION TO FILE A BRIEF AS AMICUS CURIAE* was served upon the individuals listed below in the manner specified:

*U.S. MAIL*
Daniel J. DeFranceschi, Esquire
Richards Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE  19899

*U.S. MAIL*
Paul C. Sanders, Esquire
Daniel Slifkin, Esquire
Cravath Swain & Moore
825 8th Avenue, Room# 3906W
New York, NY  10019

*U.S. MAIL*
Craig Goldblatt, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
2445 M. Street, NW
Washington, DC  20037

*U.S. MAIL*
Craig Goldblatt, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, NY  10022

　　　　　　　　　　　　　　　　*/s/ Sheldon K. Rennie (#3772)*
　　　　　　　　　　　　　　　　Sheldon K. Rennie, Esquire