IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Winstar Communications, Inc., et al. | Chapter 7<br>Bankr. Case No.: 01-01430 (KJC) |

| | | |
|---|---|---|
| Lucent Technologies Inc., | : | |
| Defendant-Appellant, | : | |
| v. | : | |
| Christine C. Shubert, Chapter 7 Trustee, | : | C.A. No.: 06-147 (JJF) |
| Plaintiff-Appellee. | : | Adv. Proc. No.: 01-1063 (KJC) |

## PLAINTIFF-APPELLEE'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4 and Federal Rule of Bankruptcy Procedure 8012, Plaintiff-Appellee, Christine C. Shubert, Chapter 7 Trustee ("Trustee"), files this Request for Oral Argument on the above-captioned appeal.[1] As the Court is aware, prior to the filing of Appellant, Lucent Technologies, Inc.'s ("Lucent") reply brief in further support of its appeal, Commercial Finance Association ("CFA") filed a Motion for Leave to file an Amicus Brief in this appeal (dkt # 31). On August 11, 2006, CFA filed a motion to withdraw its Motion for Leave to File an Amicus Brief in this appeal (dkt #39). Trustee filed a response consenting to CFA's motion to withdraw. (dkt # 40).

As there is no further briefing remaining in this appeal, Trustee respectfully requests oral argument to assist the Court in resolving the appeal.

---

[1] The pleadings related to this appeal are Lucent's Opening Brief (Doc. 14), Trustee's Brief in Opposition (Doc. 25), and Lucent's Reply Brief (Doc. 33).

**WHEREFORE**, Trustee respectfully requests that this matter be scheduled for oral argument at the convenience of the Court.

                                                **FOX ROTHSCHILD LLP**

By:    **/s/ Sheldon K. Rennie (#3772)**
           Sheldon K. Rennie, Esquire
           919 N. Market Street, Suite 1300
           Wilmington, DE 19801-3046
           Telephone (302) 654-7444
           Facsimile (302) 656-8920
           srennie@foxrothschild.com

                    -and-

Stephen M. Rathkopf, Esquire
David R. King, Esquire
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Dated: August 11, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Winstar Communications, Inc., et al. | Chapter 7 |
| | Bankr. Case No.: 01-01430 (KJC) |

| | | |
|---|---|---|
| Lucent Technologies Inc., | : | |
| Defendant-Appellant, | : | |
| v. | : | |
| Christine C. Shubert, Chapter 7 Trustee, | : | C.A. No.: 06-147 (JJF) |
| Plaintiff-Appellee. | : | Adv. Proc. No.: 01-1063 (KJC) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of August, 2006 one (1) copy of *PLAINTIFF'S/APPELLEE'S REQUEST FOR ORAL ARGUMENT* was served upon the individuals listed below in the manner specified:

*U.S. MAIL*
Daniel J. DeFranceschi, Esquire
Richards Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

*U.S. MAIL*
Paul C. Sanders, Esquire
Daniel Slifkin, Esquire
Cravath Swain & Moore
825 8th Avenue, Room# 3906W
New York, NY 10019

*U.S. MAIL*
Craig Goldblatt, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
2445 M. Street, NW
Washington, DC 20037

*U.S. MAIL*
Craig Goldblatt, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, NY 10022

　　　　　　　　　　　　　　　　/s/ Sheldon K. Rennie (#3772)
　　　　　　　　　　　　　　　　Sheldon K. Rennie, Esquire