IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Winstar Communications, Inc., *et al.*, | ) | Bankr. Case No. 01-01430 (KJC) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Christine C. Shubert, | ) | Civil Action No. 06-147 (JJF) |
| Chapter 7 Trustee, | ) | |
| | ) | Adv. Proc. No. 01-01063 (KJC) |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Lucent Technologies Inc., | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## ORDER WITHDRAWING THE MOTION OF THE COMMERCIAL FINANCE ASSOCIATION TO FILE A BRIEF AS AMICUS CURIAE

Having considered the Motion of the Commercial Finance Association ("CFA") to withdraw (the "Motion to Withdraw") its motion to file a brief as amicus curiae (Docket No. 31), notice of the filing of the Motion to Withdraw having been given to all parties hereto, and the Court having concluded that the requested relief should be granted,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Withdraw is granted, and further

2. The CFA's Motion to File a Brief as Amicus Curiae in Support of Reversal on the Issue of "Insider" is hereby withdrawn.

Dated: August 16, 2006

_____
United States District Court Judge

720929.1