IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| WINSTAR COMMUNICATIONS, INC., ET AL., | : | Bankruptcy Case NO. 01-01430-KJC |
| | : | |
| Debtors. | : | |
| | : | |
| LUCENT TECHNOLOGIES, INC., | : | |
| | : | Adversary No. 01-01063-KJC |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 06-147-JJF |
| | : | |
| CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, | : | |
| | : | |
| Appellee. | : | |

**FINAL ORDER**

At Wilmington, this 26th day of April 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Bankruptcy Court's December 28, 2005 Order is **AFFIRMED**.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE