## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JASON M. MADRON
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7595
MADRON@RLF.COM

May 4, 2007

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

      Re:    **Shubert v. Lucent, No. 06-147 (JJF)**

Dear Judge Farnan:

      This firm along with the firms of Wilmer Cutler Pickering Hale and Dorr LLP and Cravath, Swaine & Moore LLP are the attorneys for Lucent Technologies Inc. defendant in the above-referenced civil action (the "Action"). Enclosed for Your Honor's consideration and requested entry please find a copy of the *Joint Stipulation Regarding Stay of Proceedings* (the "Joint Stipulation"), a copy of which was filed in the Action today.

      I remain available should Your Honor have any questions concerning the Joint Stipulation.

      Respectfully,

      Jason M. Madron

JMM/lma
Enclosure

RLF1-3147344-1

The Honorable Joseph J. Farnan, Jr.
May 4, 2007
Page 2

cc: Sheldon K. Rennie, Esq. (w/enc., via Hand Delivery)
   Michael G. Menkowitz, Esq. (w/enc., via Hand Delivery)
   Stephen M. Rathkopf, Esq. (w/enc., via First Class Mail)
   David R. King, Esq. (w/enc., via First Class Mail)
   Paul C. Saunders, Esq. (w/enc. via First Class Mail)
   Philip D. Anker, Esq. (w/enc. via First Class Mail)
   Craig T. Goldblatt, Esq. (w/enc. via First Class Mail)
   Daniel J. DeFranceschi, Esq. (w/enc.)

RLF1-3147344-1