# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>Winstar Communications, Inc., *et al.*,<br>Debtor. | Chapter 7<br><br>Bankr. Case No. 01-01430 (KJC) |
| Christine C. Shubert,<br>Chapter 7 Trustee,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>Lucent Technologies Inc.,<br><br>      Defendant-Appellant. | Civil Action No. 06-147 (JJF)<br><br>Adv. Proc. No. 01-01063 (KJC) |

## LUCENT TECHNOLOGIES INC.'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. P. 3(a), Lucent Technologies Inc., defendant in the above-captioned case, by and through its undersigned counsel, hereby gives notice of appeal to the United States Court of Appeals for the Third Circuit from the final order of the United States District Court for the District of Delaware (Farnan, J.), dated April 26, 2007 in the above-captioned case (District Court Docket No. 47), affirming the December 28, 2005 order of the United States Bankruptcy Court for the District of Delaware (Adv. Proc. Docket No. 373).

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Appellant | Counsel |
|---|---|
| Lucent Technologies Inc. | Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br><br>-and-<br><br>Craig T. Goldblatt<br>WILMER CUTLER PICKERING HALE AND DORR, LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 663-6000 |

| Appellee | Counsel |
|---|---|
| Christine C. Schubert, Chapter 7 Trustee | Stephen M. Rathkopf<br>David R. King<br>Andrew C. Gold<br>HERRICK, FEINSTEIN LLP<br>2 Park Ave.<br>New York, New York 10016-9301<br>Telephone: (212) 592-1400<br><br>-and-<br><br>Sheldon K. Rennie (No. 3772)<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 North Market St.<br>Suite 1300<br>Wilmington, Delaware 19899-2323<br>Telephone: (302) 654-7444 |

Dated: May 23, 2007
      Wilmington, Delaware

Respectfully Submitted,

_____
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

  -and-

Craig T. Goldblatt
WILMER CUTLER PICKERING
  HALE AND DORR, LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Lucent Technologies Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I electronically filed **Lucent Technologies Inc.'s Notice of Appeal** with the Clerk of Court using CM/ECF which will send notifications of such filing(s) to the following:

| | | |
|---|---|---|
| Gregory Alan Taylor | Sheldon K. Rennie | Stephen M. Rathkopf |
| Ashby & Geddes | Michael G. Menkowitz | David R. King |
| 500 Delaware Avenue | Fox, Rothschild LLP | Herrick Feinstein LLP |
| 8th Floor | 919 North Market Street | 2 Park Avenue |
| P.O. Box 1150 | Suite 1300 | New York, NY 10016 |
| Wilmington, DE 19899 | Wilmington, DE 19801 | |

I hereby certify that on May 23, 2007, I mailed via the United States Postal Service the **Lucent Technologies Inc.'s Notice of Appeal** to the following non-registered participants:

| | | |
|---|---|---|
| Philip D. Anker | Paul C. Saunders | Craig Goldblatt |
| Wilmer Hale | Cravath Swaine | Wilmer Hale |
| 399 Park Avenue | Worldwide Plaza | 2445 M Street, N.W. |
| New York, NY 10022 | 825 Eighth Avenue | Washington, DC 20037 |
| | New York, NY 10019 | |

Jason M. Madron (No. 4431)
Richards, Layton & Finger, P.A.
920 North King Street
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
madron@rlf.com