IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WINSTAR COMMUNICATIONS, INC., *et al.*,<br><br>                                         Debtors.<br><br>CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE OF WINSTAR COMMUNICATIONS, INC. AND WINSTAR WIRELESS, INC.,<br><br>                                         Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>                                         Defendant. | Case No. 06-147 (JJF)<br><br>Case Below:<br>Chapter 7<br><br>Case No. 01-1430 (KJC)<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 01-01063 (KJC) |

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), Appellant Lucent Technologies Inc. ("Lucent") hereby provides a statement of the issues on appeal with respect to Lucent's appeal to the United States Court of Appeals for the Third Circuit from the final order of the United States District Court for the District of Delaware (Case No. 06-147, Farnan, J.), dated April 26, 2007 (Docket No. 47), affirming the judgment of the United States Bankruptcy Court for the District of Delaware (Adv. Pro. No. 01-01063, Rosenthal, J.), dated December 28, 2005 (Docket No. 373).[1]

1.       With respect to the Count X (the preference claim):

---

[1] Terms not otherwise defined herein shall have the meaning as set forth in the bankruptcy court's Memorandum of Decision Including Findings of Fact and Conclusions of Law With Respect To Counts VII, X, and XI of the Second Amended Complaint and Counts 5 and 6 of the Second Amended Answer and Counterclaims (Docket No. 369).

(a) was Lucent an "insider" of Winstar as of December 7, 2000, such that the extended one-year look-back period applies to the payment;

(b) was it proper for the bankruptcy court to rely on an inference drawn from former Lucent employees' invocation of their Fifth Amendment rights in support of its conclusion that Lucent was an insider;

(c) was the payment a transfer of property of Winstar (or did the payment come from earmarked funds); and

(d) was Lucent entitled to a new value defense?

2. With respect to Count VII (the breach of contract claim), was Lucent liable to Winstar and/or Winstar Wireless, Inc. for breach of the subcontract?

3. With respect to Count XI (the equitable subordination claim), were Lucent's claims in the Winstar bankruptcy proceeding subject to equitable subordination pursuant to 11 U.S.C. § 510(c)?

4. (a) Is the contract claim a non-core matter;

(b) If so, did the bankruptcy court err in finding that Lucent had consented to the entry of final orders by the bankruptcy court with respect to non-core matters; and

(c) was Lucent entitled to a jury trial on the breach of contract claim?

Dated: June 8, 2007
      Wilmington, Delaware

Respectfully Submitted,

*/s/ Jason M. Madron*

Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Craig T. Goldblatt
WILMER CUTLER PICKERING
  HALE AND DORR, LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Lucent Technologies Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

    I hereby certify that on June 8, 2007, I mailed via the United States Postal Service, and I electronically filed **Appellant's Statement of Issues on Appeal** with the Clerk of Court using CM/ECF system which will also send notifications to the any of the following parties who are registered participants:

| | | |
|---|---|---|
| Gregory Alan Taylor<br>Ashby & Geddes<br>500 Delaware Avenue<br>8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Sheldon K. Rennie<br>Michael G. Menkowitz<br>Fox, Rothschild LLP<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19801 | Stephen M. Rathkopf<br>David R. King<br>Herrick Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016 |
| Philip D. Anker<br>Wilmer Hale<br>399 Park Avenue<br>New York, NY 10022 | Paul C. Saunders<br>Cravath Swaine<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019 | Craig Goldblatt<br>Wilmer Hale<br>2445 M Street, N.W.<br>Washington, DC 20037 |

                                                 /s/ Jason M. Madron
                                Jason M. Madron (No. 4431)
                                Richards, Layton & Finger, P.A.
                                920 North King Street
                                P. O. Box 551
                                Wilmington, Delaware 19899
                                Telephone: (302) 651-7700
                                Facsimile: (302) 651-7701
                                E-mail: Madron@rlf.com